1  Derek Linke (*pro hac vice* to be filed)
   linke@newmanlaw.com
2  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
3  NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
   505 Fifth Avenue South, Suite 610
4  Seattle, WA 98104
   Telephone:   (206) 274-2800
5  Facsimile:   (206) 274-2801

6  Attorneys for Plaintiff
   HEROIC ERA, LTD.

7

8

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA

11  HEROIC ERA, LTD., a foreign company     Case No.     2458

12             Plaintiff,                   COMPLAINT

13       v.

14  EVONY, LLC, a Delaware limited liability     DEMAND FOR JURY TRIAL
    company, and REGAN MERCANTILE,
15  LLC, a New York limited liability company,

16             Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    HEROIC ERA, LTD. ("Heroic Era" or "Plaintiff") hereby alleges for its complaint

2    against EVONY, LLC ("Evony") and REGAN MERCANTILE, LLC ("Regan

3    Mercantile") upon personal information as to Plaintiff's own activities, and upon

4    information and belief as to the activities of others, as follows:

## I.    NATURE OF THE CASE

6    1.    Heroic Era develops and operates online videogames, including *Caesary*, a

7    browser-based real-time strategy ("RTS") game.

8    2.    The English-language version of *Caesary* is available exclusively at the

9    online gaming network Kongregate located at <<kongregate.com>>.

10    3.    Defendants Evony and Regan Mercantile develop and operate *Evony*,

11    another browser-based RTS game with similar overall functionality as *Caesary* and other

12    RTS games. *Evony* is available at <<http://www.evony.com>>.

13    4.    Recently Evony and Regan Mercantile sent Kongregate a demand letter

14    falsely claiming that *Caesary* infringes their copyright interest in *Evony* and demanding

15    that Kongregate remove *Caesary* from its servers. In that letter Evony and Regan

16    Mercantile also claim that Heroic Era misappropriated their trade secrets in developing

17    *Caesary*.

18    5.    The allegations raised by Evony and Regan Mercantile threaten the

19    existence of Heroic Era's business and have already caused it significant damage.

20    Kongregate is the primary publisher of the English-language version of *Caesary*. As a

21    result of receiving the demand letter sent by Evony and Regan Mercantile, Kongregate

22    did not then engage in certain promotional activities relating to *Caesary*. Furthermore, on

23    information and belief, Evony and Regan Mercantile also contacted PayPal, Inc., the

24    online payment processing service, in an attempt to disrupt Heroic Era's relationship with

25    PayPal and its ability to generate revenue from United States-based customers.

26    6.    Heroic Era has filed this lawsuit to obtain a judicial declaration that the

27    allegations in the demand letter sent by Evony and Regan Mercantile are without merit.

28    Specifically, Heroic Era seeks declarations that i) its *Caesary* game does not infringe any

2

**COMPLAINT**

1 copyright interest held by Evony or Regan Mercantile in connection with their *Evony*

2 game, and ii) it has not misappropriated trade secrets belonging to Evony or Regan

3 Mercantile.

### II. JURISDICTION

5     7.     This Court has subject matter jurisdiction over this action pursuant to 28

6 U.S.C. § 1331 because Plaintiff seeks a declaration that it has not violated Defendants'

7 copyrights under 17 U.S.C. § 106 as alleged by Defendants.

8     8.     This Court has jurisdiction over Plaintiff's state law claims pursuant to 28

9 U.S.C. § 1367 because those claims are so related to Plaintiff's federal claims that they

10 form part of the same case or controversy.

11     9.     This Court has personal jurisdiction over Defendants Evony, LLC and

12 Regan Mercantile, LLC because Defendants have continuous and systematic contacts

13 with California through collecting monies, entering into contracts and/or providing their

14 services in California to render the exercise of jurisdiction by this Court permissible

15 under traditional notions of fair play and substantial justice.

16     10.     This Court also has personal jurisdiction over Defendants Evony and Regan

17 Mercantile because the demand letter sent by Defendants to Kongregate in San Francisco

18 regarding Plaintiff's *Caesary* game that gives rise to this action and Evony and Regan

19 Mercantile's similar communications with PayPal, Inc., which is located in San Jose,

20 California, constitutes the commission of a tortious act directed at California.

### III. VENUE

22     11.     Venue for this action is proper under 28 U.S.C. § 1391(b)(2) in the United

23 States District Court for the Northern District of California because this is the judicial

24 district in which a substantial part of the events or omissions giving rise to the claims

25 alleged herein occurred, specifically, it is the location of the Internet service provider to

26 which Defendants sent its demand letter.

27     12.     Venue is also proper under 28 U.S.C. § 1391(b)(1) and (c) because

28 Defendants Evony and Regan Mercantile are subject to personal jurisdiction in this

1  judicial district as alleged above and therefore are each deemed to reside in this judicial

2  district for purposes of venue.

3                           IV.   INTRADISTRICT ASSIGNMENT

4        13.   Pursuant to Civil L.R. 3-5(b) Plaintiff states that this case should be

5  assigned to the San Francisco Division under the criteria set forth in Civil L.R. 3-2(c).

6                                  V.   PARTIES

7        14.   Plaintiff Heroic Era, Ltd. is a foreign corporation with its principal place of

8  business in Guangzhou, China and customers throughout the world.

9        15.   Upon information and belief, Defendant Evony, LLC is a Delaware limited

10  liability company with its headquarters and principal place of business in an unknown

11  location.

12        16.   Upon information and belief, Defendant Regan Mercantile, LLC is a New

13  York limited liability company with its headquarters and principal business address in

14  New York.

15                                 VI.   FACTS

16  A.   HEROIC ERA'S *CAESARY* GAME

17        17.   Heroic Era develops and operates Internet-based video games including

18  *Caesary*, a browser-based real-time strategy game.

19        18.   Heroic Era began developing *Caesary* in April 2009. Since then, a team of

20  over twenty employees and independent contractors have worked on *Caesary*. Heroic Era

21  developed *Caesary* independently and without the use of any of any other parties'

22  proprietary information, original source code, or other materials.

23        19.   *Caesary* is available on the online gaming network Kongregate at

24  <<http://www.kongregate.com/games/caesary/caesary>>. Kongregate operates as a

25  publisher for developers.

26  B.   EVONY'S DEMAND TO KONGREGATE

27        20.   On May 4, 2010, Evony and Regan Mercantile sent Kongregate a

28  notification under the Digital Millennium Copyright Act, 17 U.S.C. § 512, demanding

                                        4
                                   **COMPLAINT**

1  that it remove *Caesary* from the Kongregate network on the grounds that it violates their

2  copyright in *Evony*, another browser-based RTS game (the "Takedown Letter"). A copy

3  of the Takedown Letter is attached as Exhibit A.

4      21.    The Takedown Letter claims that *Caesary* contains source code stolen from

5  Evony and/or Regan Mercantile and that *Caesary* infringes *Evony*:

6
7      Specifically, the owner and developer for the online game Caesary, which is available for play at Caesary.net and through your game portals at Kongregate.com, has knowingly engaged in copyright infringement, has

8  utilized stolen and misappropriated copyright protected software code and is currently utilizing said code in their recent title, Caesary, available to play through www.kongregate.com.

9

10      22.    In response to the Evony Demand Letter, Heroic Era, Ltd. sent Kongregate

11  a counter-notification under the DMCA stating that *Caesary* does not contain any

12  infringing content. A copy of that counter-notification is attached as Exhibit B.

13      23.    Kongregate has, for now, continued to host *Caesary* on its network, but as a

14  direct result of the Takedown Letter, it postponed plans to engage in promotional

15  activities related to *Caesary*.

16

17  **C.    HEROIC ERA'S BUSINESS AND INVESTMENT IS THREATENED BY DEFENDANTS' ALLEGATIONS**

18      24.    Heroic Era developed *Caesary* independently and without the use of any of

19  Evony's or Regan Mercantile's proprietary information, original source code, or other

20  materials.

21      25.    Heroic Era did not copy any copyrighted material from *Evony* or elsewhere

22  and did not misappropriate any trade secrets from Defendants.

23      26.    Competition in the online market for browser-based RTS games is intense.

24  Heroic Era will not be able to remain in business if its primary asset, *Caesary*, is under

25  continued threat from Evony and Regan Mercantile.

26      27.    For example, in the Takedown Letter, Evony claims it has sent

27  correspondence regarding its claims to "multiple payment portal providers including

28  PayPal". If Defendants' campaign against Heroic Era is successful, Heroic Era will be

1 forced to shut down *Caesary* and its business.

2       28.    In addition to the business uncertainty posed by Defendants' claims,

3 Defendants also claim to have caused the initiation of a criminal investigation in China:

4
5         Our internal investigation was turned over to the Chinese National Police who are now currently conducting a criminal investigation into this matter and we intend to pursue all available legal remedies, both criminal and civil, available to us once this has been completed.
6

7       29.    Heroic Era requests that this Court grant it a declaration that *Caesary* does

8 not infringe *Evony* so that it may continue offering it to online consumers in this judicial

9 district and throughout the world.

10 **VII.   FIRST CAUSE OF ACTION**
**DECLARATORY RELIEF – 28 U.S.C. § 2201**
11 **NO VIOLATION OF COPYRIGHT ACT, 17 U.S.C. § 106**

12       30.    Plaintiff incorporates the allegations set forth in paragraphs 1 through 29 as

13 though fully set forth herein.

14       31.    A justiciable substantial controversy exists between Plaintiff and the

15 Defendants over whether Plaintiff's *Caesary* game infringes copyrights held by

16 Defendants.

17       32.    Plaintiff developed its *Caesary* game independently, without access to

18 proprietary materials belonging to Defendants.

19       33.    Plaintiff and Defendants have existing or genuine rights or interests upon

20 which this Court's judgment may effectively operate with the force and effect of a final

21 judgment at law or decree in equity upon the legal relationships of the parties.

22       34.    This proceeding is genuinely adversarial in character between Plaintiff and

23 Defendants.

24       35.    A declaration by the Court would terminate the controversy between

25 Plaintiff and Defendants.

26       36.    The parties need the Court to settle and to afford relief from uncertainty and

27 insecurity with respect to rights, status, and other legal relations among them.

28       37.    This substantial controversy is of sufficient immediacy and reality to

1  warrant the issuance of a declaratory judgment.

2      38.    This Court has the power to declare the rights, status, and other legal

3  relations between the parties pursuant to 28 U.S.C. § 2201, *et seq*.

4      39.    Accordingly, Plaintiff requests that the Court issue a judgment declaring

5  that Plaintiff's *Caesary* game does not violate Defendants' copyright interests in their

6  *Evony* game.

7

8                    **VIII.  SECOND CAUSE OF ACTION**
                **DECLARATORY RELIEF – 28 U.S.C. § 2201**
9                **NO MISAPPROPRIATION OF TRADE SECRETS**

10     40.    Plaintiff incorporates the allegations set forth in paragraphs 1 through 39 as

11  though fully set forth herein.

12     41.    A justiciable substantial controversy exists between Plaintiffs and the

13  Defendants over whether Plaintiff misappropriated Defendants' trade secrets relating to

14  their *Evony* game.

15     42.    Plaintiff did not misappropriate any of Defendants' information capable of

16  receiving trade secret protection in creating its *Caesary* game.

17     43.    Plaintiff and Defendants have existing or genuine rights or interests upon

18  which this Court's judgment may effectively operate with the force and effect of a final

19  judgment at law or decree in equity upon the legal relationships of the parties.

20     44.    This proceeding is genuinely adversarial in character between Plaintiff and

21  Defendants.

22     45.    A declaration by the Court would terminate the controversy between

23  Plaintiff and Defendants.

24     46.    The parties need the Court to settle and to afford relief from uncertainty and

25  insecurity with respect to rights, status, and other legal relations among them.

26     47.    This substantial controversy is of sufficient immediacy and reality to

27  warrant the issuance of a declaratory judgment.

28     48.    This Court has the power to declare the rights, status, and other legal

1  relations between the parties pursuant to 28 U.S.C. § 2201, *et seq*.

2      49.    Accordingly, Plaintiffs request that the Court issue a judgment declaring

3  that Plaintiff did not misappropriate any of Defendants' trade secrets in developing its

4  *Caesary* game.

5

6  ### IX.    THIRD CAUSE OF ACTION
### TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

7      50.    Plaintiff incorporates the allegations set forth in paragraphs 1 through 49 as

8  though fully set forth herein.

9      51.    Plaintiff is in the business of developing and operating online games,

10  including *Caesary*, which is primarily available on the Kongregate gaming network.

11  *Caesary* permits users to purchase various items for in-game use using payment

12  processing services provided by PayPal, Inc.

13      52.    Defendants Evony and Regan Mercantile deliberately contacted Kongregate

14  and PayPal with false accusations that Plaintiff misappropriated its proprietary

15  information in developing *Caesary*. Defendants also claimed that *Caesary* infringes

16  Defendants' copyright in their *Evony* game.

17      53.    Defendants Evony and Regan Mercantile had actual knowledge of

18  Plaintiff's business, business relationships, and potential business relationships at the

19  time they took the actions described herein.

20      54.    Defendants Evony and Regan Mercantile took those actions for the purpose

21  of unlawfully interfering with Plaintiff's business.

22      55.    Through the actions outlined herein, Defendants Evony and Regan

23  Mercantile intentionally interfered with Plaintiff's relationships with Kongregate and

24  PayPal.

25      56.    Plaintiff has been harmed as a result of Defendants' actions, and unless

26  Defendants are enjoined from engaging further in the conduct alleged herein, Plaintiff

27  will continue to be harmed as a result.

28

## X.   RELIEF REQUESTED

WHEREFORE, Plaintiff HEROIC ERA, LTD. requests that the Court enter judgment against Defendants EVONY, LLC and REGAN MERCANTILE, LLC as follows.

1.   That the Court enter a Judgment declaring that Plaintiff did not violate the Copyright Act, 17 U.S.C. § 106, *et seq.* in creating, publishing, or distributing its *Caesary* game.

2.   That the Court enter a Judgment declaring that Plaintiff did not misappropriate Defendants' trade secrets in creating the *Caesary* game.

3.   That the Court enter a Judgment awarding Plaintiff actual damages in an amount to be proven at trial and punitive damages.

4.   That the Court grant Plaintiff preliminary and permanent injunctive relief prohibiting Defendants from interfering with Plaintiff's business relationships and from making false statements concerning Plaintiff or its products or services.

4.   That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

Dated this 3rd day of June, 2010.

Respectfully Submitted,

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

By:   _____

Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Derek Linke (*pro hac vice* to be filed)
linke@newmanlaw.com

Attorneys for Plaintiff
HEROIC ERA, LTD.

**COMPLAINT**

1                            **JURY DEMAND**

2         Pursuant to FED. R. CIV. P. 38(b), Plaintiff Heroic Era, Ltd. demands a trial by jury

3 of all issues presented in this complaint which are triable by jury.

4

5         Dated this 3rd day of June, 2010.

6                                  Respectfully Submitted,

7

8                                  NEWMAN & NEWMAN,
                                      ATTORNEYS AT LAW, LLP

9                    By:

10                                  Derek A. Newman, State Bar No. 190467
                                 derek@newmanlaw.com

11                                Derek Linke (*pro hac vice* to be filed)
                               linke@newmanlaw.com

12

13                                Attorneys for Plaintiff
                               HEROIC ERA, LTD.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# EXHIBIT A



May 4, 2010

<u>BY OVERNIGHT DELIVERY AND FIRST CLASS MAIL</u>

Attn: Emily Greer
Kongregate.com
660 Mission Street Suite 400
San Francisco, CA 94105

Re:    <u>NOTICE OF COPYRIGHT INFRINGEMENT AND STOLEN GAME ASSETS/CODE</u>
       **Caesary ("The Game") and Caesary.net**
       **Name of Copyrighted Software: Evony (the "Work")**

Dear Mrs. Greer:

I represent Regan Mercantile, LLC and Evony, LLC as authorized agent on their behalf in regards to this legal communication. Evony, LLC is the owner of the copyright for the computer game Evony and the multi-player server software run by Regan Mercantile, LLC. The copyrighted software is available at the corporation's website that appears at the following URL: http://www.evony.com.

Please be advised that the above referenced games and/or websites, for which your company acts as a service provider and/or publisher, are in violation of U.S. and International copyright laws due to their infringement and theft of intellectual property which belongs to Evony, LLC. Specifically, the owner and developer for the online game Caesary, which is available for play at Caesary.net and through your game portals at Kongregate.com, has knowingly engaged in copyright infringement, has utilized stolen and misappropriated copyright protected software code and is currently utilizing said code in their recent title, Caesary,  available to play through www.kongregate.com. We have already conducted substantial internal reviews of this matter and have determined that there has been in fact use of stolen software code which was internal to our programmers and not permitted to be used by the developers of Caesary or any other party. Our internal investigation has further revealed that a previous employee who worked on Evony for a brief period of time was responsible for the theft and has been employed by the owner and operators of Caesary.

Our internal investigation was turned over to the Chinese National Police who are now currently conducting a criminal investigation into this matter and we intend to pursue all available legal remedies, both criminal and civil, available to us once this has been completed. Notice of this matter is also being sent to multiple payment portal providers including PayPal.

**Regan Mercantile, LLC**
Suite 2B
300 Rector Place
New York, New York 10280 USA
T: +1 (646) 233 4117
F: (302) 691-1355
www.evony.net

We recognize that Kongregate and your online portal at www.kongregate.com provide an excellent service and means for independent and smaller scale game developers to reach larger audiences by working with your company and leveraging your ability to assist them in delivering content and payment gateways worldwide. I would further speculate that to date you have been completely unaware of the nature of the conduct of the developer of Caesary, their unauthorized use of our code and their posting of a game containing stolen content. I would also note that Kongregate clearly states their position on this subject per your FAQ posted to your website which state:

**"What are the guidelines for uploaded content?**

First, it must be a game. Kongregate does not allow Flash movies, regardless of how great they might be. There has to be some level of interaction with the player.

Although we're still in the process of establishing specific guidelines for acceptable content, obscene, pornographic, and hateful material are not allowed and never will be.

**Most importantly, uploaded games (including all components of games, such as audio) must be your original work or work you have permission to upload from the owner. Kongregate has absolutely no tolerance for uploading stolen content. Violators of this policy will automatically receive a one-week ban without warning on the first offense, and a permanent ban on the second."** (Emphasis added)

Accordingly, Evony, LLC and Regan Mercantile, LLC demand that you act expeditiously to remove, or disable access to, the game listed above in order for you to avoid liability for contributory and vicarious copyright infringement. Please immediately delete or disable access to this game, web page and remove its contents from view. As is requested by your website, we have also completed and attached hereto a copy of your Kongregate Proprietary Rights Complaint Process and Notification Form. Should you have any questions or wish to discuss this matter further, please contact the undersigned at legal@evony.com or by telephone at (617)-869-2070 between the hours of 9-6 EST.

I have a good faith belief that use of the material in the manner complained of is not authorized by Evony, LLC, Regan Mercantile, LLC, their agents or the law, and that the information in this notice is accurate. I declare under penalty of perjury under the laws of the United States of America that I am authorized to act on behalf of all of the aforementioned entities.

Sincerely,

Marco F. Mereu
Corporate Counsel

## Kongregate Proprietary Rights Complaint Process and Notification Form

If you are a trademark or copyright owner and you believe that your trademark rights have been violated in any way, please complete and submit a signed copy of the form below, and send to our designated agent, Emily Greer, at 660 Mission St. Suite 400, San Francisco, CA 94105. Our agent information is provided pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(c)(2). Our designated agent will respond only to these trademark or copyright issues; for general questions please contact feedback@kongregate.com.

Upon receipt of a fully completed and signed notification form, we will disable access to the allegedly infringing materials and will promptly notify the individual who posted the materials that access has been disabled as is our obligation under the Copyright Act. If your notification is unsigned or is not on our form and does not contain the authorization language of our form, we will work with you to obtain a properly executed notification. If any of the other information is missing from your notification, however, we will not be able to respond to your request.

Pursuant to 17 U.S.C. § 512(g)(2), the individual who posted the materials may provide us with counter-notification that the materials were removed or disabled as the result of a mistake or misidentification of the materials. This counter-notification must (1) be signed, (2) include the individual's name, address and telephone number, (3) include a statement that the individual is making the counter-notification under penalty of perjury, and (4) state that the person consents to the jurisdiction of the federal district court where his or her address is located. If we receive such a counter-notification, a copy will be sent to you notifying you that access to the materials will be restored within ten business days. Access will be restored between the tenth and fourteenth business day after we receive a counter-notification unless you inform us that you have filed an action seeking a court order to restrain the individual who made the posting form engaging in infringing activity on our network and servers.

_____

Nature of Infringement: ☒ Copyright ☐ Trademark

Description of your proprietary material that has been infringed: Evony, LLC is the owner of the copyright for the computer game Evony and the multi-player server software run by Regan Mercantile, LLC. The copyrighted software is available at the corporation's website that appears at the following URL: http://www.evony.com.

_____

_____

Registration numbers of your proprietary material: copyright material and software code_____

_____

Description of infringing material located on our site: All gameplay and payment portals related to or for the benefit of the game "Ceasary" and the game itself_____

_____

URL at which infringing material is located: http://www.kongregate.com/games/caesary/caesary_____

Contact information at which you can be reached:

Name: Marco F. Mereu, Esq._____    Telephone number: (617)-869-2070_____

Address: Suite 2B, 300 Rector Place, New York, NY 10280_____

E-mail address: legal@evony.com_____    Fax number: (617)-507-6596_____

By signing below, you certify, under penalty of perjury under the laws of the United States of America, that (1) you are either the rights holder, or authorized to act on the rights holder's behalf, (2) you have a

CHI:1786702.1

good faith belief that the use of the allegedly infringing material has not been authorized, and (3) the information provided above is true and accurate.

Signature: _____ Name: Marco F. Mereu_____ Date: 5/4/10_____

CHI:1786702.1

# EXHIBIT B

# Caesary

660 Mission St Ste 400
San Francisco, CA 94105
Phone: +1 415 618 0087

07 May 2010

Dear Kongregate:

This letter is written in response to your notification to me of a complaint received about my multiplayer online Flash game Caesary that's currently featured on http://www.Kongregate.com. The pages in question are:

http://www.kongregate.com/games/caesary/caesary

My response to this complaint is as follows:

Allegations of Copyright Violation / Digital Millennium Copyright Act

The claims of copyright violation should be rejected because:
The complainant does not hold the copyright to the material in question, is not the designated representative of the copyright holder, and therefore lacks standing to assert that my use of the material is a violation of any of the owner's rights.

This communication to you is a DMCA **counter notification** letter as defined in 17 USC 512(g)(3):

I declare, under penalty of perjury, that I have a good faith belief that the complaint of copyright violation is based on mistaken information, misidentification of the material in question, or deliberate misreading of the law.

My name, address, and telephone number are as follows:

Name: Yuanfeng Lu
Address: Room 3004, NO 300 Kong Wong South ST, Liwan DISTRICT, Guangzhou, P. R. China. Postal Code: 510140
Phone: +86 13609017968

I hereby consent to the jurisdiction of Federal District Court for the judicial district in which I reside (or, if my address is outside the United States, any judicial district in which you may be found).

I agree to accept service of process from the complainant.

My actual or electronic signature follows:

Having received this counter notification, you are now obligated
under 17 USC 512(g)(2)(B) to advise the complainant of this notice, and to restore the
material in dispute (or not take the material down in the first place), unless the
complainant files suit against me within 10 days.