1  Derek Linke (*pro hac vice*)
   linke@newmanlaw.com
2  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
3  NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
   505 Fifth Avenue South, Suite 610
4  Seattle, WA  98104
   Telephone:   (206) 274-2800
5  Facsimile:    (206) 274-2801

6  Attorneys for Plaintiff
   HEROIC ERA, LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>EVONY, LLC, et al.,<br><br>Defendants. | Case No. 10-cv-02458-JCS<br><br>**NOTICE OF STIPULATION EXTENDING TIME FOR DEFENDANT EVONY, LLC TO RESPOND TO COMPLAINT** |

**TO THE CLERK OF THE COURT:**

   PLEASE TAKE NOTICE that Plaintiff Heroic Era, Ltd. ("Heroic Era") and defendant Evony, LLC ("Evony") have stipulated, pursuant to Civil L.R. 6-1(a), to extend the time for Evony to answer Heroic Era's Complaint (Dkt. No. 1) from July 1, 2010 until August 1, 2010. The parties do not believe this change will alter the date of any event or any deadline already fixed by Court order.

                                              Respectfully Submitted,

Dated: July 14, 2010                          **NEWMAN & NEWMAN,**
                                              **ATTORNEYS AT LAW, LLP**

                                              By: _____
                                              Derek Linke (*pro hac vice*)
                                              linke@newmanlaw.com
                                              Derek A. Newman, State Bar No. 190467
                                              derek@newmanlaw.com

                                              Attorneys for Plaintiff
                                              HEROIC ERA, LTD.

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

1
**NOTICE OF STIPULATION EXTENDING TIME**