1  Derek Linke (*pro hac vice*)
   linke@newmanlaw.com
2  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
3  NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
   505 Fifth Avenue South, Suite 610
4  Seattle, WA  98104
   Telephone:    (206) 274-2800
5  Facsimile:    (206) 274-2801

6  Attorneys for Plaintiff
   HEROIC ERA, LTD.
7

8
                       **UNITED STATES DISTRICT COURT**
9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11  HEROIC ERA, LTD., a foreign company,   | Case No. 10-cv-02458-JCS

12             Plaintiff,                  | **NOTICE OF SECOND STIPULATION EXTENDING TIME FOR DEFENDANT EVONY, LLC TO RESPOND TO COMPLAINT**
13      v.
14  EVONY, LLC, et al.,
15             Defendants.

---

1
**NOTICE OF SECOND STIPULATION EXTENDING TIME**

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Plaintiff Heroic Era, Ltd. ("Heroic Era") and defendants Evony, LLC ("Evony") and Regan Mercantile, LLC ("Regan") have stipulated, pursuant to Civil L.R. 6-1(a), to extend the time for Evony and Regan to answer or otherwise respond to Heroic Era's Complaint (Dkt. No. 1) from August 1, 2010 until September 1, 2010. The parties are actively engaged in discussions concerning the possible settlement of the dispute underlying the claims in Heroic Era's complaint and believe the extension of time will assist with facilitating settlement discussions. The parties previously stipulated to continue Evony's response date from July 1, 2010 to August 1, 2010. (Dkt. No. 9). The parties do not believe this change will alter the date of any event or any deadline already fixed by Court order.

Respectfully Submitted,

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: /s/ Derek Linke

Derek Linke (*pro hac vice*)
linke@newmanlaw.com
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com

Attorneys for Plaintiff
HEROIC ERA, LTD.

Dated: 7/26/10

[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2
**NOTICE OF SECOND STIPULATION EXTENDING TIME**