1  Derek Linke (*pro hac vice*)
   linke@newmanlaw.com
2  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
3  NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
   505 Fifth Avenue South, Suite 610
4  Seattle, WA  98104
   Telephone:   (206) 274-2800
5  Facsimile:    (206) 274-2801

6  Attorneys for Plaintiff
   HEROIC ERA, LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD., a foreign company | Case No. C 10-2458 SBA |
| Plaintiff/<br>Counterclaim Defendant | **HEROIC ERA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| EVONY, LLC, a Delaware limited liability company, and REGAN MERCANTILE, LLC, a New York limited liability company, | The Honorable Saundra B. Armstrong |
| Defendants/<br>Counterclaim Plaintiffs | |

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Heroic Era, Ltd., a British Virgin Islands limited company.

    Dated this 28th day of September, 2010.

Respectfully Submitted,

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _/s/ Derek Linke_

Derek Linke (*pro hac vice*)
linke@newmanlaw.com
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com

Attorneys for Plaintiff
HEROIC ERA, LTD.

2
**HEROIC ERA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**