UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEROIC ERA, LTD, | ) | |
| Plaintiff(s), | ) | No. C10-2458 SBA (BZ) |
| v. | ) | |
| EVONY, LLC, et al., | ) | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that by **noon, Thursday, October 28, 2010** plaintiff shall file a letter of up to **two pages without attachments** setting forth its position on the outstanding discovery dispute. A telephone conference with respect to the dispute is scheduled for **Friday, October 29, 2010 at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: October 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\TEL CONF 1.wpd

1