UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD, <br>       Plaintiff(s), <br>   v. <br> EVONY, LLC, et al., <br>       Defendant(s). | No. C10-2458 SBA (BZ) <br><br> **SUPPLEMENTAL SCHEDULING ORDER** |

    The Court understands that Evony still desires Court intervention into the outstanding discovery dispute.  However, it is not clear to the Court what the current dispute, is in view of Heroic's letter dated November 24, 2010.  **IT IS THEREFORE ORDERED** as follows:

    1.  If Evony still desires Court intervention, it shall file a letter by **5:00 p.m., December 2, 2010,** explaining what remains of the dispute.

    2.  In that event, Heroic shall file a response by **Noon, on Monday, December 6, 2010**.

    3.  If a telephone conference is necessary, it is scheduled for **Tuesday, December 7, 2010 at 3:30 p.m.**  Counsel

1 shall contact **CourtCall**, telephonic court appearances at
2 **1-888-882-6878**, and make arrangements for the telephonic
3 conference call.

4 Dated: December 1, 2010

5 _____
6 Bernard Zimmerman
   United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\DISC ORD 1.wpd