UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEROIC ERA, LTD,

        Plaintiff(s),

  v.

EVONY, LLC, et al.,

        Defendant(s).

No. C10-2458 SBA (BZ)

**SECOND DISCOVERY ORDER**

Following a telephone conference to address the issues raised in the parties' letters, at which the parties were represented by counsel, **IT IS ORDERED** as follows:

    1.  The parties shall meet and confer and attempt to resolve their discovery disputes in accordance with the views expressed by the Court.

    2.  By **December 13, 2010,** plaintiff shall notify defendants if it and its subpoenaed witnesses intend to stand on their initial responses to defendants' discovery requests and subpoenas.  If so, defendants have leave to file the appropriate discovery motions to be noticed on the Court's law and motion calendar.

3. By **December 13, 2010,** plaintiff shall provide defendants with dates before January 13, 2011 on which plaintiff's subpoenaed witnesses are available for deposition.

Dated: December 8, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\DISC ORD 2.wpd

2