UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD, <br><br>  Plaintiff(s), <br><br> v. <br><br> EVONY, LLC, et al., <br><br>  Defendant(s). | No. C10-2458 SBA (BZ) <br><br> **BRIEFING ORDER** |

Having received defendants' motion for contempt/motion to compel, **IT IS ORDERED** as follows:

1. Any opposition to defendants' motion shall be filed by **January 31, 2011.** The opposition shall include a declaration from plaintiff's counsel specifically explaining how plaintiff complied with each part of my second discovery order (Docket No. 54).

2. Any reply shall be filed by **February 7, 2011.**

Dated: January 20, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\BRIEFING ORD 2.wpd

1