UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> EVONY, LLC, et al., ) <br> ) <br> Defendant(s). ) <br>_____) | No. C10-2458 SBA (BZ) <br><br> **THIRD DISCOVERY ORDER** |

In view of Judge Pechman's transfer of the motion to quash to this District, **IT IS HEREBY ORDERED** that each party shall file, and lodge a chamber's copy of, the documents it filed with Judge Pechman by **February 9, 2011**. The Court will then determine whether further briefing or argument is necessary.

Dated: February 2, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\DISC ORDER 3.wpd

1