Steven M. Cowley (admitted *pro hac vice*)
scowley@eapdlaw.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@eapdlaw.com
Joshua W. Gardner (admitted *pro hac vice*)
jgardner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Jon-Paul Lapointe (CA Bar. No. 250546)
jlapointe@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
P: (949) 423-2100

Attorneys for Defendants / Counterclaim Plaintiffs
EVONY, LLC and REGAN MERCANTILE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| HEROIC ERA, LTD., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> EVONY, LLC, et al., <br><br> Defendants / Counterclaim Plaintiffs. | Case No. 10-cv-2458 SBA (BZ) <br><br> ~~PROPOSED~~ ORDER ON MOTION TO SEAL <br><br> The Honorable Saundra B. Armstrong <br><br> Date: <br> Time: <br> Location: <br><br> Case Assigned to Magistrate Judge Bernard Zimmerman |

Defendants Evony, LLC and Regan Mercantile, LLC (collectively "Evony") moved for an Order pursuant to L.R. 79-5(d) that certain documents designated as confidential and highly confidential by plaintiff Heroic Era Ltd. ("Heroic Era") pursuant to a Stipulated Protective Order (ECF No. 44), be filed under seal.

A. After consideration of the Declaration filed by Heroic Era, this Court finds that the

following documents may be filed under seal:

1. Exhibit 27 to Declaration of Joshua W. Gardner: Heroic Era's Answers to Evony LLC's First Set of Interrogatories, dated November 19, 2010;

2. Exhibit 28 to Declaration of Joshua W. Gardner: Heroic Era's Answers to Regan Mercantile LLC' First Set of Interrogatories, dated November 19, 2010;

3. Exhibit 30 to Declaration of Joshua W. Gardner: Heroic Era's Answers to Evony LLC's Second Set of Interrogatories, dated November 19, 2010;

4. Exhibit 33 to Declaration of Joshua W. Gardner: Documents produced by Heroic Era in Response to Request Numbers 138 and 160.

5. Defendants' Motion for Contempt and to Compel – portions designated by highlighting which reference the aforementioned discovery responses.

B. After seven days, [if] Heroic Era has failed to submit a Declaration in accordance with L.R. 79-5(d) establishing that the documents it designated as confidential are sealable. Therefore, the proposed filing and the documents proposed for sealing are made part of the public record and may be filed electronically.

DENIED, No showing having been made under 79-5(d). The parties shall comply with LR 79-5(e)

IT IS SO ORDERED

FEB 10 2011

Honorable Bernard Zimmerman,
United States Magistrate Judge

EDWARDS ANGELL
PALMER & DODGE
LLP

PROPOSED ORDER
CIVIL ACTION NO. 10-CV-2458-SBA
BOS111 12549497.1

- 2 -