Steven M. Cowley (admitted *pro hac vice*)
scowley@eapdlaw.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@eapdlaw.com
Joshua W. Garnder (admitted *pro hac vice*)
jgardner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Jon-Paul Lapointe (CA Bar. No. 250546)
jlapointe@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
P: (949) 423-2100

Attorneys for Defendants / Counterclaim Plaintiffs
EVONY, LLC and REGAN MERCANTILE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| HEROIC ERA, LTD.,<br><br>Plaintiff /<br>Counterclaim Defendant,<br><br>v.<br><br>EVONY, LLC, et al.,<br><br>Defendants /<br>Counterclaim Plaintiffs. | Case No. 10-cv-2458 SBA (BZ)<br><br>**DEFENDANTS' NOTICE OF FILING PURSUANT TO ORDER ON MOTION TO SEAL DATED FEBRUARY 10, 2011**<br><br>The Honorable Saundra B. Armstrong<br><br>Date:<br>Time:<br>Location:<br><br>Case Assigned to Magistrate Judge Bernard Zimmerman |

PLEASE TAKE NOTICE that Defendants Evony, LLC and Regan Mercantile, LLC ("Evony") hereby file the following documents pursuant to the Court's Order on Motion to Seal dated February 10, 2011 (Dkt. 69) and LR 79-5(e).

- Defendants Evony, LLC's and Regan Mercantile, LLC's Motion for Contempt and to Compel, with Exhibits 1 through 37
- Declaration of Joshua W. Gardner in Support of Motion to Compel
- Proposed Order Allowing Defendants' Motion for Contempt and To Compel

                              Respectfully submitted,

Dated: February 11, 2011     EDWARDS ANGELL PALMER & DODGE LLP

                              By: /s/Joshua W. Gardner     .
                                   Joshua W. Gardner
                                   Steven M. Cowley
                                   Andrew T. O'Connor
                                   Jon-Paul LaPointe

                                   Attorneys for Defendants /
                                   Counterclaim Plaintiffs
                                   EVONY, LLC and REGAN MERCANTILE, LLC

# CERTIFICATE OF SERVICE

COMMONWEALTH OF MASSACHUSETTS, COUNTY OF SUFFOLK:

I, Joshua W. Gardner, declare as follows:

I am employed in the County of Suffolk, Commonwealth of Massachusetts. I am over the age of 18 and not a party to the within-entitled action. My business address is 111 Huntington Avenue, Boston, Massachusetts 02119. On February 11, 2011, I served a true and correct copy of the following document(s) on all parties via the Court's Electronic Case Management System on all counsel of record:

**DEFENDANTS' NOTICE OF FILING PURSUANT TO ORDER ON MOTION TO SEAL DATED FEBRUARY 10, 2011**

| Derek Linke, Esq. | Derek A. Newman, Esq. |
| linke@newmanlaw.com | derek@newmanlaw.com |

Newman & Newman, Attorneys at Law, LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104
Phone: (206) 274-2800
Facsimile: (206) 274-2801
Attorneys for Plaintiff Heroic ERA, Ltd.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on February 11, 2011, at Boston, Massachusetts.

    /s/ Joshua W. Gardner
    Joshua W. Gardner