UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEROIC ERA, LTD, | ) | |
| Plaintiff(s), | ) | No. C10-2458 SBA (BZ) |
| v. | ) | |
| | ) | **ORDER RE 30(b)(6) DEPOSITION** |
| EVONY, LLC, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to the Order After Hearing filed February 25, 2011, **IT IS HEREBY ORDERED** that Heroic Era, Ltd., produce a witness pursuant to Rule 30(b)(6) to testify on the topic set forth in the Supplemental Notice of Deposition (Docket No. 79) on page 2, lines 11-16 and to testify to the topic set forth in the Notice of Deposition filed as Exhibit A to Docket No. 77. The deposition will take place in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any objections to questions regarding communications between Newman and Newman and Heroic Era based on the attorney-client privilege will be resolved during the deposition.

1

**IT IS FURTHER ORDERED** that all documents which respond to Requests 1-6 in Docket No. 80 shall be produced the day before the deposition.

Dated: February 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\DISC ORD 5.wpd