1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | HEROIC ERA, LTD,                )
   |                                 )
12 |          Plaintiff(s),          )     No. C10-2458 SBA (BZ)
   |                                 )
13 |     v.                          )
   |                                 )     **ORDER IMPOSING SANCTIONS**
14 | EVONY, LLC, et al.,             )     **ON HEROIC ERA, LTD.**
   |                                 )
15 |          Defendant(s).          )
   |  _____ )
16

17       On February 25, 2011, following a series of discovery

18  lapses and failures to comply with the Second Discovery Order,

19  I ordered Heroic Era, Ltd. (Heroic) to appear for a Rule

20  30(b)(6) deposition no later than March 9, 2011.  Docket No.

21  78.  In this order, which also required Heroic and its counsel

22  to comply with several other provisions, I specifically warned

23  Heroic that failure to abide by the order may result in

24  sanctions pursuant to Rule 37(b)(2)(A), such as the dismissal

25  of plaintiff's action and entry of counterdefendant's default.

26  <u>Id.</u>

27       On March 9, 2011, Heroic failed to appear for its

28  deposition and its counsel notified the Court that it would

                                    1

1   not appear.  This is in direct violation of my previous

2   order.[1]  Under Rule 37(b)(2)(A), "If a party or a party's

3   officer, director, or managing agent — or a witness

4   designated under Rule 30(b)(6) or 31(a)(4) — fails to obey an

5   order to provide or permit discovery . . . the court where the

6   action is pending may issue further just orders."  These

7   further just orders include striking pleadings in whole or in

8   part, dismissing the action or proceeding, and rendering a

9   default judgment against the disobedient party.  Id.

10      Accordingly, pursuant to Rule 37(b)(2)(A), **IT IS HEREBY**

11  **ORDERED** that Heroic's complaint is stricken and its action

12  against defendants is **DISMISSED WITH PREJUDICE.  IT IS FURTHER**

13  **ORDERED** that Heroic's answer to defendants' counterclaims is

14  stricken and its default entered.  Defendants shall calendar a

15  default judgment hearing to prove-up their damages, before

16  Judge Armstrong.

17  Dated: March 9, 2011

18  _____
                 Bernard Zimmerman
19             United States Magistrate Judge

20

21  G:\BZALL\-REFS\HEROIC ERA V. EVONY\SANCTIONS ORDER.wpd

22

23

24

25

26  _____

27      [1]   Heroic's conduct also constitutes contempt of court
    punishable under 28 U.S.C. § 636(e).  To expedite matters, I am
28  proceeding under Rule 37, reserving a decision on whether
    contempt proceedings will be initiated.

2