**Expert Report**

**Analysis of Evony and Caesary Client Source Code**

**Prepared By**

**Mark Frappier**

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

## Qualifications and Compensation

1.  I am currently an independent consultant in the hardware and software design industries. A copy of my résumé describing my qualifications and listing the consulting and litigation matters in which I have been involved is attached to this report as Exhibit 1.

2.  In the last 4 years I have offered an analysis of source code in support of Apple's noninfringement position in Mirror Worlds v. Apple.

3.  I am being compensated $325/hr for my work in this matter.

## Summary of Opinion

4.  I reviewed the source code for the client portion Heroic Era, LTD's interactive online game called Caesary ("Caesary source code") and compared it to source code for the client portion of Evony, LLC's interactive online game called Evony ("Evony source code") for purposes of determining if there is evidence of Caesary source code or portions of the Caesary source code being copied from the Evony source code. In doing so I found that there is evidence that portions of the Caesary source code were copied from the Evony source code. These portions were identical or substantially similar in structure, i.e. the decomposition of objects or functions into structural elements of the source code such as folders, files, and packages. These portions of source code were also identical or substantially similar in the identifiers used for filenames, packages, classes, function names, variable names, constant names, etc. Portions of the source code that define the interface between the client component and server component were identical or substantially similar, which infers that it is likely that portions of the server component are also identical or substantially similar. At a minimum the client interface to the server is substantially similar, which is evidence that the Evony client source code was copied. Further, I

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

found that earlier versions of the Caesary client source exhibit more similarities to the Evony source code than later versions and that later versions of the Caesary source code were derived from earlier versions of the Evony source code.

5.   The later versions of the Caesary source code contained modifications from earlier versions.  The modifications that I analyzed were trivial modifications that seem to be targeted to making changes to portions of the Caesary source code that was substantially similar to the Evony source code.   Changes to names of files, functions, variables, etc. were made, as well as changes to the ordering of some statements in the source code.   These changes have no affect on the basic function or structure of the source code, and appear to be simply cosmetic.

6.   The fact that these changes have been made substantiate my opinion that it was not necessary for the earlier versions of the Caesary source code to have filenames, class names, etc. identical to those found in the Evony source code.

## Things Reviewed

7.   The things reviewed to perform this analysis were the ActionScript source code files for the Evony client and Caesary client.  Evony LLC provided the Evony source code to me, and it was represented to me that this source code was registered with the U.S. Patent and Trademark Office as copyrighted material.   This representation is attached as Exhibit 2.  Upon inspection of the documents produced by Heroic Era in response to document request no. 2, I found that only two versions of Caesary client source code have been produced, and no versions of Caesary server-side source code have been produced.

8.   In response to document request number 17, Heroic Era produced some Caesary client executable files.  An executable file is a file that is run on a computer to perform various functions or operations.  The Caesary client executable file performs client functions of the Caesary game and communicates with the Caesary

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

server components of the game. A programmer creates an executable program by writing one or more source code files in a form that can be read and understood by a programmer. The source code files are then compiled into an executable file that cannot be read by a human, but is read and executed by the computer.

9. Upon inspection of the documents produced in response to request number 17, I found 8 different client executable files. These files are listed in the following table:

| Caesary Client Executable File Name | File Date and Time | File Size (Bytes) |
|---|---|---|
| REQUEST NO. 17\Caesary-Executable-Files\ClientMain.swf | 11/10/10 4:10 | 1921601 |
| REQUEST NO. 17\CaesaryGameVersions\client\ClientMain.swf | 5/18/10 3:31 | 1805818 |
| REQUEST NO. 17\CaesaryGameVersions\client1\ClientMain.swf | 6/21/10 12:38 | 1826961 |
| REQUEST NO. 17\CaesaryGameVersions\ver_201007271628\ClientMain.swf | 7/27/10 15:59 | 1849505 |
| REQUEST NO. 17\CaesaryGameVersions\www_201008172046\ClientMain.swf | 8/17/10 21:40 | 1857101 |
| REQUEST NO. 17\CaesaryGameVersions\www_201009021447\ClientMain.swf | 9/1/10 15:11 | 1857887 |
| REQUEST NO. 17\CaesaryGameVersions\www_201010191414\ClientMain.swf | 10/19/10 14:59 | 1916675 |
| REQUEST NO. 17\CaesaryGameVersions\www_201011151058\CLientMain.swf | 11/15/10 13:53 | 1923860 |

10. In addition to these Client executable files, I personally downloaded a copy of the Caesary Client executable file from http://kingory.cachefly.net/images/cs/ClientMain.swf on 28 Jan 2011 that contains 1,842,176 bytes. I also downloaded a copy of the Caesary client executable from the

3

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

same web site on 16 June 2010 that contains 1,825,792 bytes. Different sized executable files are different from each other and created from different versions of source code. Therefore, I conclude that Heroic Era did not produce these two Client executable files and the source code used to create them.

11. Combining the eight executable files produced by Heroic Era and the two different executable files I was able to locate from publicly available sources, and considering that each executable file must have a corresponding set of source code files, I am aware of at least 10 versions of source code that should have been produced, but only 2 were found in Heroic Era's production. As a result, I conclude that Heroic Era has not produced all versions of the Caesary client source code.

## Description of Comparison

12. I did not have access to Caesary server source code, so I was not able to perform an analysis involving server side code. My analysis was limited to an analysis of client side source code.

13. I decompiled the source code from the Caesary client executables in order to have more versions of the client available for review. Decompilation is a process that is the inverse of the compilation process. Instead of processing human readable source code into an executable file, decompilation takes an executable file as input and recreates portions of the human readable source code that was used to create that executable file. I did this using the SoThink SWF Decompiler version 6.0 Build 612, which can be obtained from http://www.sothink.com. The result of this decompilation, among other things, was several .as or ActionScript source code files. Decompilation of the SWF files to produce .as files preserves much of the structure, keywords and identifiers used by the developer to write the original source code. It also preserves the file names of the original source code files. As a result, looking

4

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

for similarities in these aspects of the source code is just as valid as having the original source code files.

14. Comparison was performed using version 4.5 of ExamDiff Pro available at http://www.prestosoft.com.  This program compares files and folders on a computer an provides a visual side-by-side display of the resulting comparison showing the differences between these two files or folders.

15. The Evony source code that I examined was registered with the U.S. Copyright Office.  A copy of the Copyright Office registration record is attached as Exhibit 3. This registration record indicates that the source code was created and published by 9 May, 2009.

16. There is no way to know for sure when the Caesary source code was written, however the date of the executable file may be an indication of the general timeframe.  The source code files used to create an executable file must be created before the executable file was created.  As a result, the date of the executable file is the latest date that a source code file could have been written.  In order to know the exact date of the source code files, I would need to have access to these files as they existed on the computer where they were created. The Caesary Online web site (http://www.caesaryonline.com/caesary-news/caesary-online-officially-released-on-june-20.html) indicates that Caesary Online was officially released on 20 June 2010.  A copy of the announcement from that web site is attached as Exhibit 4.  This date is consistent with the dates on some of the Caesary client executable files in the May/June 2010 timeframe.

17. I chose two of the exemplary versions of the Caesary client source code to perform a detailed comparison to the Evony client source code and each other. These include the decompiled code from the Caesary client executable in a file named "REQUEST NO. 17\CaesaryGameVersions\client1\ClientMain.swf" dated

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

6/21/2010 and the client source code from a folder named "REQUEST NO. 2/Caesary-Source-Code" in Heroic Era's First Production.  The source code files in the Caesary-Source-Code folder are dated 11/10/2010.

18.  Throughout this report I will refer to the version of Evony source code reviewed as Evony.  I will refer to the source code decompiled from the ClientMain.swf file as DecompiledCaesary.  I will refer to the source code produced in Heroic Era's first production as CaesarySource.

19.  Based upon the dates of the ClientMain.swf file and the source code files in the Caesary-Source-Code folder it appears that the DecompiledCaesary source code was developed prior to the CaesarySource source code.

## Isolating Components for Comparison

20. I examined the source code to identify components that were likely to be the same because they were provided by a third party or part of a standard set of libraries delivered with a software development kit.  I did not attempt a detailed comparison on these areas of the source code, because finding copies or derivative works in these areas would prove inconclusive in making a finding regarding copying.

## Comparison Exhibits

21. Comparisons attached to the report are generated using the ExamDiff Pro program.  The files or folders being compared are shown in a side-by-side.  In general these comparisons show Evony code on the left and Caesary code on the right.  If they are a comparison of two different versions of Caesary code, the earlier DecompiledCaesary version will appear on the left and the later CaesarySource version on the right.  Any other discussion of comparison exhibits will be provided if needed in the detailed comparison sections of this report.  Those lines that are

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

identical in either files or folders appear with no highlights.  Other lines that have been deleted, changed or added will have some type of highlighting as indicated by the key at the bottom right hand corner of the page.   Lines that have changed will be highlighted as such even if a single character or word on that line is different. Therefore, I closely examined changed lines as well as identical lines for evidence of copying.

### Results of the Comparison

# Redacted

7

Highly Confidential -- Attorneys Eyes Only

Redacted

8

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

10

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

Redacted

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

13

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

15

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

# Redacted

## Conclusion

53. In my opinion, given the analysis performed as described above and my review of the resulting comparison of the Evony client source code and the Caesary client source code, the Evony and Caesary client source code were not developed independently.  The substantial similarities found are indicative of copying.

54. If asked to do so, I may perform further analysis and provide supplemental updates to this report.

17

Highly Confidential -- Attorneys Eyes Only

Expert Report of Mark Frappier re: Analysis of Evony and Caesary Source Code

Executed this 2nd day of March, 2011 at San Mateo, California.

I declare that, to the best of my knowledge, the foregoing is true and correct as the facts stated and my opinions as expressed.

By:

Mark Frappier

# **Frappier Exhibit 1**

## Mark Frappier
**428 Occidental Ave**
**San Mateo, CA 94402**
**650-292-0506**
**mark@frappier.net**

## Independent Consultant
## 1994-present
Independent consultant providing expertise in hardware and software design.  Experience also includes litigation support and patent analysis.  Litigation projects include extensive work related to networking components and switching products; reverse engineering of large C++ programs for medical imaging systems; reverse engineering firmware for cell phones; reverse engineering hardware and microcode for graphics controllers, several hard disk drive controllers, and personal computer motherboards; analysis of several thousand patents for patent procurement and licensing.

## Rational : Santa Clara, CA
**1993-1994          Director of Technical Services**
Responsible for forming and managing a Rational's Technical Services Organization( TSO).  Hands-on manager of group delivering Custom Engineering and Professional Services to Rational's military-aerospace and commercial customers.  In addition, all packaged training materials and consulting related to the application of object technology are produced by the TSO.
.

## Cooperative Solutions, Inc. : San Jose, CA
**1991-1993          Director, Customer Services**
Responsible for all aspects of post-sales customer support for this startup client/server software company.  This includes Technical Consulting, Technical Support, and Educational Services.  In addition, my organization was responsible for conducting technical product evaluations with prospective customers, and maintaining relationships with system integration partners.
.

**1989-1991          Manager, Technical Consulting**
Responsible for recruiting and developing a group of consultants to help customers apply Cooperative Solutions technology to their application development projects.

## Rational : Santa Clara, CA
**1987-1989          Manager, Technical Consulting**
Lead a team of product specialists that were expert in various aspects of Rational's Ada software development environment.  Our group worked with large defense contractors, providing guidance in the application of Rational's software development environment to very large projects.  In addition, we built training courses for all new products and provided technical support in all beta programs.

**1985-1987          Field Technical Consultant**
Responsible for support of Rational's customers in the eastern United States.  Assisted them with all aspects of applying Rational's technology to very large Ada software development projects.

**1982-1985          Senior Engineer**
Responsible for design and development of memory management hardware subsystem and diagnostics hardware subsystem, in Rational's proprietary CPU.

## Data General Corp. : Westboro, MA
**1978-1982          Engineer**
Responsible for design and development of microcomputer product line components including a custom VLSI peripheral controller chip, a video controller board, and the MPT 100, Data General's first microNova based desktop computer.

## Other
Director, Notify Corporation 2007 – present

**LITIGATION SUPPORT EXPERIENCE**

**Education**
BSEE, Northeastern University, Boston, MA - Summa Cum Laude

## LITIGATION SUPPORT EXPERIENCE

Case:       IBM v. Conner Peripherals/Conner Peripherals v. IBM
Matter:     patent Infringement – Winchester Disk Drive Technology
Project:    Reverse engineering of disk controller firmware.  Gave testimony at deposition.
Date:       1994 – 1995

Case:       Compaq v. Packard Bell
Matter:     Copyright infringement – personal computer hardware
Project:    Technical consultant for Packard Bell
Date:       1995 - 1996

Case:       International Rectifier v. SGS Thomson
Matter:     Patent infringement electronic ballast control circuits
Project:    Technical consultant for International Rectifier
Date:       1997

Case:       Actel v. Quicklogic / Quicklogic v. Actel
Matter:     Patent infringement and tradesecret misappropriation – programmable logic
            device technology
Project:    Technical consultant for Actel.
Date:       1996  - 1998

Case:       Mooretown v. AKA Industries
Matter:     Contract dispute and copyright infringement - electronic gaming software
Project:    Reverse engineering gaming software.
Date:       1998

Case:       Thomson v. Lyons
Matter:     Copyright infringement - Banking Databases
Project:    Provided infringement opinion for Thomson
Date:       1998

Case:       Tandy Computers v. Synnex Corp.
Matter      Contract dispute – personal computer products
Project     Create and analyze failure data.  Gave testimony at arbitration.
Date:       1998-1999

Case:       Intel v. Broadcom
Matter:     Patent Infringement – High-Speed Ethernet technology
Project:    Analysis for copying of VHDL designs and Ethernet network configurations.
            Gave testimony at trial.
Date:       2001

Case:       Medtronic v. BrainLAB
Matter:     Patent infringement – image guided surgical equipment
Project:    Technical consultant for Medtronic
Date:       2002-2005

Case:       Alcatel v. Internet Machines
Matter:     Tradesecret misappropriation
Project:    Analyze tradesecret claims and provide report for Internet Machines.  Provided
            testimony at deposition.
Date:       2002

## LITIGATION SUPPORT EXPERIENCE

| | |
|---|---|
| Case: | Broadcom v. Intel |
| Matter: | Patent Infringement – Memory arbitration and networking technology |
| Project: | Technical consultant for Broadcom |
| Date: | 2002-2003 |

| | |
|---|---|
| Case: | Active English v. Menard's Inc. |
| Matter: | Patent infringement – database software |
| Project: | Technical consultant for Menard's |
| Date: | 2002-2004 |

| | |
|---|---|
| Case: | National v. Broadcom |
| Matter: | Patent Infringement – Gigabit Ethernet technology |
| Project: | Technical consultant for Broadcom |
| Date: | 2003 |

| | |
|---|---|
| Case: | Lucent Technologies v. Extreme Networks |
| Matter | Patent infringement – Ethernet switching technology |
| Project: | Technical consultant for Extreme Networks |
| Date: | 2003-2005 |

| | |
|---|---|
| Case: | Analog Devices v. Motorola |
| Matter: | Patent Infringement – Microprocessor architecture |
| Project: | Technical consultant for Motorola |
| Date: | 2003 |

| | |
|---|---|
| Case: | EMC v. NSI |
| Matter: | Patent Infringement – Data backup software |
| Project: | Technical consultant for EMC |
| Date: | 2003 - 2006 |

| | |
|---|---|
| Case: | Hitachi v. Envision |
| Matter | Patent Infringement – Graphics monitor interfaces |
| Project | Technical consultant for Envision |
| Date: | 2004 |

| | |
|---|---|
| Case: | TrendMicro v. FortiNet |
| Matter: | Patent Infringement – Virus scanning in firewalls |
| Project: | Technical consultant for TrendMicro |
| Date: | 2004 – 2006 |

| | |
|---|---|
| Case: | Arctic Cat v Injection Research |
| Matter: | Patent Infringement – Engine control software |
| Project: | Technical consultant for Injection Research |
| Date: | 2004 – 2005 |

| | |
|---|---|
| Case: | Hewlett Packard v. Gateway |
| Matter: | Patent Infringement – Personal computer systems hardware and software |
| Project: | Technical Consultant for Gateway |
| Date: | 2004 - 2006 |

| | |
|---|---|
| Case: | Enterasys v. Extreme Networks |
| Matter: | Patent Infringement Ethernet switching technology |
| Project: | Technical Consultant for Extreme Networks |
| Date: | 2005 - 2008 |

## LITIGATION SUPPORT EXPERIENCE

Case:               Volumetrics v General Electric Medical Systems
Matter:             Patent Infringement – 3D Ultrasound Systems
Project:            Technical Consultant for GE
Date:               2005 - 2008

Case:               Qualcomm v Nokia
Matter:             Patent Infringement – Cellular Handsets
Project:            Technical Consultant for Qualcomm
Date:               2005 – 2008

Case:               Avocent v. Belkin
Matter:             Patent Infringement – KVM switches
Project:            Technical Consultant for Belkin
Date:               2007

Case:               Trendmicro v Barracuda Networks
Matter:             Patent Infringement – Virus scanning in firewalls
Project:            Technical Consultant for TrendMicro
Date:               2007 - 2008

Case:               Hewlett Packard v. Acer
Matter:             Patent Infringement – personal computer systems hardware
Project:            Technical Consultant for Acer
Date:               2007 – 2008

Case:               Convolve v. Seagate
Matter:             Patent Infringement and Trade Secret Misappropriation–disk drive control
Project:            Technical Consultant for Seagate
Date:               2008 –

Case:               Realtime Data v Bluecoat
Matter:             Patent Infringement – Networking and data compression
Project:            Technical Consultant for Bluecoat
Date:               2008 – 2009

Case:               Network Appliance Inc. v Sun Microsystems
Matter:             Patent Infringement – Network file systems
Project:            Technical consultant for Network Appliance
Date:               2009 - 2009

Case:               TCS v Sybase
Matter:             Patent Infringement – SMS Gateways
Project:            Technical consultant for Sybase
Date:               2009 - 2010

Case:               Apple v Elan
Matter:             Patent Infringement – Touchpad devices
Project:            Technical consultant for Apple
Date:               2010 -

Case:               TecSec v Sybase
Matter:             Patent Infringement – Data Encryption
Project:            Technical consultant for Sybase
Date:               2010 -

**LITIGATION SUPPORT EXPERIENCE**

Case:       Mirror Worlds v Apple
Matter:     Patent Infringement – Graphical User Interfaces
Project:    Technical consultant for Apple
Date:       2010

Case:       Trendmicro v. Fortinet
Matter:     Patent Infringement – Program Execution Authorization
Project:    Technical consultant for Trendmicro
Date:       2010 –

Case:       CEATS, Inc. v. Continental Airlines et. Al.
Matter:     Patent Infringment – Reservation systems software
Project:    Technical Consultant for CEATS
Date:       2010 –

Case:       Heroic Era, LTD v. Evony LLC
Matter:     Copyright Infringement -  Game Software
Project:    Expert offering opinion on source code copying
Date:       2010 -