Steven M. Cowley (admitted *pro hac vice*)
scowley@eapdlaw.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@eapdlaw.com
Joshua W. Gardner (admitted *pro hac vice*)
jgardner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Jon-Paul Lapointe (CA Bar. No. 250546)
jlapointe@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
P: (949) 423-2100

Attorneys for Defendants / Counterclaim Plaintiffs
EVONY, LLC and REGAN MERCANTILE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| HEROIC ERA, LTD.,<br><br>    Plaintiff /<br>    Counterclaim Defendant,<br><br>v.<br><br>EVONY, LLC, et al.,<br><br>    Defendants /<br>    Counterclaim Plaintiffs. | Case No. 10-cv-2458-SBA (BZ)<br><br>**COUNTERCLAIM PLAINTIFFS' REQUEST FOR TELEPHONIC HEARING**<br><br>The Honorable Saundra B. Armstrong<br><br>Magistrate Judge Bernard Zimmerman<br><br>Date: May 4, 2011<br>Time: 10:00 a.m.<br>Location: Courtroom G, 15th Floor |

Defendants / counterclaim plaintiffs Evony, LLC and Regan Mercantile, LLC (collectively, "Evony") respectfully request that the Court permit Evony's counsel to attend the hearing on Evony's motion for default judgment telephonically. The hearing is currently scheduled for Wednesday, May 4, 2011 at 10:00 a.m. in Courtroom G, 15th Floor, before the honorable Magistrate Judge Zimmerman. [Order Scheduling Hearing on Defendants' Motion for Default Judgment, ECF No. 97].

- 1 -

Good cause exists for Evony's request to conduct the May 4, 2011 hearing telephonically. First, plaintiff / counterclaim defendant Heroic Era, Ltd. ("Heroic Era") has not filed any opposition to Evony's Motion for Default Judgment, which such opposition was due April 13, 2011. *See* L.R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). Second, the Court is intimately familiar with this case and there are no issues of fact to be determined because Heroic Era defaulted. Third, the calculation of damages in this case rests primarily on statutory damages and a document produced by Heroic Era detailing its revenues. Since Heroic Era has not opposed Evony's request for damages or the amount of damages, the damages calculation is straightforward and does not require live testimony. Fourth, the added expense of having to travel to California from Boston (the location of Evony's lead counsel) for a hearing on an unopposed default judgment motion will add to the expenses already unnecessarily incurred as a result of Heroic Era's decision to bring this suit then wait until the close of discovery to default.

Additionally, the undersigned lead counsel for Evony, who will be attending the hearing, is currently a member of the defense team in the matter of *Cornerstone Healthcare Group Holdings, Inc. v. Reliant Hospital Partners*, Civil Action No. 11-04399, in the Dallas County District Court, Texas. Presently, the parties in the action are engaged in emergency discovery in relation to temporary injunctive relief. Over the next several weeks, Evony's counsel will be actively participating in the emergency discovery, including traveling for depositions, relating to that case and will be participating in the injunction hearing currently scheduled for May 6, 2011. Traveling back and forth to San Francisco from Boston for a hearing on an unopposed motion would occupy at least two days of counsel's time and significantly hinder counsel's ability to conduct the emergency discovery and participate in the hearing in the aforementioned litigation.

In light of the foregoing, Evony respectfully requests that the Court permit Evony to attend the hearing on May 4, 2011 by telephone. If the Court permits the hearing to be conducted telephonically, Evony proposes that it proceed as previously recommended by this Court and will contact CourtCall at 1-888-882-6878 to make arrangements for the telephonic hearing.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: April 20, 2011 | EDWARDS ANGELL PALMER & DODGE LLP |
| | By: _____ |
| | Steven M. Cowley<br>Andrew T. O'Connor<br>Joshua W. Gardner<br>Jon-Paul LaPointe |
| | Attorneys for Defendants /<br>Counterclaim Plaintiffs<br>EVONY, LLC and REGAN MERCANTILE, LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman

DATED: 4/21/2011

- 3 -

## CERTIFICATE OF SERVICE

COMMONWEALTH OF MASSACHUSETTS, COUNTY OF SUFFOLK:

I, Andrew T. O'Connor, declare as follows:

I am employed in the County of Suffolk, Commonwealth of Massachusetts. I am over the age of 18 and not a party to the within-entitled action. My business address is 111 Huntington Avenue, Boston, Massachusetts 02119. On April 20, 2011, I served a true and correct copy of the following document(s) on all parties via the Court's ECF system:

**MEMORANDUM IN SUPPORT OF MOTION FOR
ENTRY OF DEFAULT JUDGMENT**

| | |
|---|---|
| Derek Linke, Esq. | Derek A. Newman, Esq. |
| linke@newmanlaw.com | derek@newmanlaw.com |

Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Phone: (206) 274-2800
Facsimile: (206) 274-2801
Attorneys for Plaintiff Heroic ERA, Ltd.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on April 20, 2011, at Boston, Massachusetts.

/s/ Andrew T. O'Connor
Andrew T. O'Connor