UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEROIC ERA, LTD,  )
             )
      Plaintiff(s),  )  No. C10-2458 SBA (BZ)
             )
  v.  )
             )  **ORDER**
EVONY, LLC, et al.,  )
             )
      Defendant(s).  )
             )

    Evony is **ORDERED** to file its application for attorney's fees by **Friday, April 29, 2011**.

Dated: April 25, 2011

                               Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\ORD RE EVONY ATTY FEES.wpd

1