UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEROIC ERA, LTD, | ) | |
| Plaintiff(s), | ) | No. C10-2458 SBA (BZ) |
| v. | ) | |
| | ) | **ORDER REQUESTING** |
| EVONY, LLC, et al., | ) | **SUPPLEMENTAL AUTHORITY** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that if Evony has any additional authority to support the following two propositions in its papers: (1) that each version of Heroic Era's *Caesary* game constitutes a separate act of infringement that entitles Evony to statutory damages for more than one act of infringement; and (2) that the Court has the authority to freeze the assets of entities and individuals related to Heroic Era that were not parties to this lawsuit, it shall file such authority by **noon** on **Tuesday, May 3, 2011.**

Dated: April 29, 2011

Bernard Zimmerman
United States Magistrate Judge

1