# EXHIBIT 14

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Joshua W. Gardner
617.951.2259
*fax* 888.325.9417
jgardner@eapdlaw.com

November 29, 2010

**VIA EMAIL AND FEDERAL EXPRESS**

Derek Linke, Esq.
Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

    Re: Heroic Era, Ltd. v. Evony, LLC and Regan Mercantile, LLC
        N.D. Cal. No. 10-cv-02458-SBA

Dear Mr. Linke:

The subpoenas directed to Andy Yuan, Xin Huang, Rui Yan Ho, Mach Lai, Yuangeng Lu, Rang Ye, Wei Jiang Liang, and Topu Liu were served on October 8, 2010. All of the subpoenas called for the production of the attendant documents by November 5, 2010. We have relied on your representations that all documents would be produced by November 19, 2010. Although we belatedly received documents today from Heroic Era, Ltd., we have not received documents pursuant to these subpoenas.

We must insist that you immediately provide an explanation with respect to why the documents called for by the subpoenas have not been produced, and identify when the documents will be produced. If we do not receive a complete production by each witness sufficiently ahead of his deposition to translate the documents and prepare for the deposition, the witness will need to subsequently re-appear. As you know, the first deposition is scheduled to begin on Monday December 6, 2010 at your office. We are relying on your representation that you expect all witnesses to appear at their noticed depositions. Please let me know today whether any of the witnesses will require a translator, and if so, in what dialect.

Sincerely,

Joshua W. Gardner

cc: S. Cowley
    A. O'Connor