# EXHIBIT 15

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Joshua W. Gardner
617.951.2259
*fax* 888.325.9417
jgardner@eapdlaw.com

November 30, 2010

**VIA FEDERAL EXPRESS AND EMAIL**

Derek Linke, Esq.
Newman & Newman, Attorneys at Law, LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104

Re:  Heroic Era, Ltd. v. Evony, LLC and Regan Mercantile, LLC
     N.D. Cal. No. 10-cv-02458-SBA

Dear Mr. Linke:

First, we acknowledge receipt yesterday, November 29, 2010, of Heroic Era's untimely responses to interrogatories and requests for production. Please confirm immediately whether any documents are being withheld on the basis of any of the objections set forth in Heroic Era's responses.

Second, I wrote to you yesterday concerning the depositions of Andy Yuan, Xin Huang, Rui Yan Ho, Mach Lai, Yuangeng Lu, Rang Ye, Wei Jiang Liang, and Topu Liu. You received that letter yesterday by email and this morning by Federal Express, but have not responded. We are relying on your representation in Heroic Era's Initial Disclosures that these witnesses should be contacted through you. Again, we are relying on your representation that you expect all witnesses to appear at their noticed depositions at your new office location – 505 Fifth Avenue, South, Suite 610, Seattle, WA. As I also explained yesterday, you must immediately identify any witness that needs an interpreter and in what dialect.

Sincerely,

Joshua W. Gardner

cc:   S. Cowley
      A. O'Connor