# EXHIBIT 17

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Joshua W. Gardner
617.951.2259
*fax* 888.325.9417
jgardner@eapdlaw.com

December 8, 2010

**VIA TELECOPIER AND EMAIL**

Derek Linke, Esq.
Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

      Re:    Heroic Era, Ltd. v. Evony, LLC and Regan Mercantile, LLC
              N.D. Cal. No. 10-cv-02458-SBA

Dear Mr. Linke:

Pursuant to the Court's Second Discovery Order, I have arranged for a telephone conference with a stenographer this coming Monday.

The call will begin at 10:00 a.m. PT on Monday December 13, 2010. The dial in numbers are 800.326.6981 or 913.312.4198 and the participant code is 547130. If this time in inconvenient, please suggest an alternate time on Monday.

Sincerely,

Joshua W. Gardner

cc:    S. Cowley
        A. O'Connor