# EXHIBIT 18

# Gardner, Joshua

| | |
|---|---|
| **From:** | Derek Linke [linke@newmanlaw.com] |
| **Sent:** | Monday, December 13, 2010 12:56 PM |
| **To:** | Gardner, Joshua |
| **Cc:** | Cowley, Steven; Derek A. Newman |
| **Subject:** | Re: Heroic Era -- Call on Monday December 13, 2010 |

Mr. Gardner,

I am not available for a meet and confer at 10:00.

The Court's discovery order to which you refer in your letter requires the parties to "meet and confer and attempt to resolve their discovery disputes in accordance with the views expressed by the Court."

The Court set a deadline of today, December 13, for Heroic Era to notify defendants if it and its witnesses intend to stand on their initial responses to discovery requests and subpoenas. Accordingly, Heroic Era will be supplementing its responses today.

I propose that Evony review the materials produced, which I will overnight for your convenience, prior to the parties' meeting and conferring on this subject.

Derek Linke


>>> "Gardner, Joshua"   12/08/10 1:00 PM >>>

Attorney Linke:

Please find the attached.

Joshua W. Gardner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

Direct Phone: 617.951.2259
Direct Fax: 888.325.9417
General Phone: 617.239.0100
General Fax: 617.227.4420
Mobile Phone: 857.225.2743

---

Boston MA, Ft. Lauderdale FL, Hartford CT, Madison NJ, New York NY, Newport Beach CA, Providence RI, Stamford CT, Washington DC, West Palm Beach FL, Wilmington DE, London UK, Hong Kong (associated office) CONFIDENTIALITY NOTICE This e-mail message from Edwards Angell Palmer & Dodge LLP and Edwards Angell Palmer & Dodge UK LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your

own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Edwards Angell Palmer & Dodge UK LLP is a limited liability partnership registered in England (registered number OC333092) and is regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone + 44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.