# EXHIBIT 19

## Gardner, Joshua

| | |
|---|---|
| **From:** | Derek Linke [linke@newmanlaw.com] |
| **Sent:** | Tuesday, December 14, 2010 3:41 AM |
| **To:** | Gardner, Joshua |
| **Cc:** | Arlyne Carrico; Derek A. Newman; Sarah Skaggs |
| **Subject:** | Heroic Era v. Evony; depositions |

**Attachments:**     Ltr to J. Gardner 2010-12-13 re Depositions DL.PDF



Ltr to J. Gardner
2010-12-13 r...

Dear Mr. Gardner,

Please see the attached.

Sincerely,

Derek Linke

1

120



505 Fifth Avenue South
Suite 610
Seattle, Washington
98104

phone 206.274.2800
fax 206.274.2801

www.newmanlaw.com
info@newmanlaw.com

**SENT VIA U.S. MAIL, EMAIL AND FACSIMILE TO (617) 227-4420**

December 13, 2010

Joshua W. Gardner
Edwards Angell Palmer & Dodge
111 Huntington Avenue
Boston, Massachusetts 02199
Email: <jgardner@eapdlaw.com>

> Re: *Heroic Era, Ltd. v. Evony, LLC, et al.;*
> U.S.D.C. N.D. Cal. Case No. C 10-2458 SBA

Dear Mr. Gardner:

I write to provide information about the availability of Heroic Era's witnesses for deposition. As you know, Heroic Era's witnesses are all located in China. They do not have visas. I present the following two options for Evony to take depositions:

1) Wei Jiang Liang, Yuanfeng Lu, and Topo Liu will travel to the United States and attend a deposition. None of Messrs. Liang, Lu, or Liu have ever had a visa for travel to the United States. Nonetheless, they are willing to apply for one and attend a deposition as soon as a visa issues. I cannot predict how long the visa issuance process will take for each witness, but I understand that the soonest possible date upon which they could receive visas is December 28, 2010. Upon receipt of a visa, each of those witnesses would book travel to the United States within three days.

If the visa issuance process is lengthy, Heroic Era is willing to stipulate to continue the case schedule to avoid any prejudice to Evony. Please note that whether its witnesses receive visas is not within Heroic Era's control and some or all of its witnesses may be denied entry into the United States.

In order to make this option possible, Evony must advance all witness fees associated with attendance in the United States pursuant to FED. R. CIV. P. 45.

121

2) In the alternative, Wei Jiang Liang, Yuanfeng Lu, and Topo Liu are each available upon three-days notice to attend a deposition in China taken telephonically or by video conference. Heroic Era will pay half of the actual cost of the necessary video conference services.

Please let me know as soon as possible how Evony would like to proceed. If Evony would prefer the witnesses to attend depositions in the United States they will need to immediately apply for their visas.

Very Truly Yours,

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

Derek Linke