# EXHIBIT 20

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Joshua W. Gardner
617.951.2259
*fax* 888.325.9417
jgardner@eapdlaw.com

December 14, 2010

**VIA FACSIMILE, EMAIL AND MAIL**

Derek Linke, Esq.
Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

      Re:  Heroic Era, Ltd. v. Evony, LLC and Regan Mercantile, LLC
           N.D. Cal. No. 10-cv-02458-SBA

Dear Mr. Linke:

I write in response to your letter sent this morning at 12:41 a.m. PT after the Court deadline in which you revealed that Heroic Era will only produce three of the eight subpoenaed witnesses and that none of the eight witnesses have yet even *applied* for visas to the United States.

First, your letter notably provides no information whatsoever concerning five of the subpoenaed witnesses – Andy Yuan, Xin Huang, Rui Yan Huo, Mach Li, and Rang Ye ("the Five Witnesses"). Valid and enforceable subpoenas were served on the Five Witnesses. No objections to the subpoenas or to the requested documents were ever served, timely or otherwise. Accordingly, all objections have been waived. Moreover, the Court ordered that by December 13, 2010 Heroic Era provide deposition dates for all the subpoenaed witnesses before January 13, 2010. Defendants will immediately bring a motion for contempt for the Five Witnesses' failure to comply with the subpoenas and the Court's order. Defendants will, among other things, seek their expenses and preclusion of these witnesses.

Next, although you indicated in your letter that three of Heroic Era's subpoenaed witnesses – Wei Jian Liang, Yuenfeng Lu, and Topu Liu ( the "Three Witnesses") – are willing to be deposed, the letter admits they have not yet even applied for visas and, contrary to the Court's Order, Heroic Era has provided no dates for their depositions. Valid and enforceable subpoenas were served on the Three Witnesses. No objection to the subpoenas, timely or otherwise, was ever served. Indeed, you represented during the meet and confer on November 15, 2010 that you had no reason to believe that the Three Witnesses would not produce documents and attend their noticed deposition at the time and location noticed.

# EDWARDS ANGELL PALMER & DODGE LLP

Derek Linke, Esq.
December 14, 2010
Page 2

Defendants insist that you immediately provide all documents responsive to the subpoenas on the Three Witnesses. All objections to the subpoenas have been waived. Accordingly, all responsive documents (including attorney client communications) must be produced immediately. The production cannot include redactions and should include all communications your office has had with the Three Witnesses. All documents should be immediately sent by email or overnight delivery.

With respect to the request that Defendants pay the Three Witnesses' travel expenses, it should be noted that Heroic Era identified the Three Witnesses in its initial disclosures as located at and able to be contacted only through your office in Seattle. Indeed, you told the Court that you chose the tactic of not revealing the actual location of the witnesses in order to make service on them easier. The subpoenas were validly issued to individuals located in Seattle on that basis. Moreover, any objection based on travel fees has long since been waived.

Defendants are not able to comment concerning the Three Witnesses' ability to secure visas. During the November 15, 2010 meet and confer, however, you indicated that you knew of no impediment to the Three Witnesses' timely appearance at the noticed location. Your new position in this morning's letter is inconsistent with your prior position. Moreover, all necessary steps to secure visas should have been taken long ago.

Since Heroic Era has failed to comply with the Court's order to set deposition dates before January 13, 2011, Defendants must insist that the Three Witnesses appear for depositions in Seattle on the following dates: Wei Jiang Liang, January 10, 2011; Topu Liu, January 11, 2011; and Yuanfeng Lu, January 12, 2011. If the Three Witnesses prefer that the depositions take place in San Francisco, you must so inform me before December 17, 2010. Should any of the Three Witnesses require a translator, please immediately let me know in what dialect. In the absence of a full document production by the Three Witnesses delivered to me by December 17, 2010 and an agreement by that date that the Three Witnesses will appear as stated above, Defendants will move to compel.

Finally, Defendants cannot now comment on the Heroic Era's supplemental discovery responses. You represented that the supplemental responses were being delivered by overnight delivery today. I have not received them, however, so it appears that nothing was produced. If you contend otherwise, please forward what was produced by email. If I receive nothing by email I will assume that, despite your representation yesterday, there are no supplemental responses.

BOS 860942.2

EDWARDS ANGELL PALMER & DODGE LLP

Derek Linke, Esq.
December 14, 2010
Page 3

Sincerely,

Joshua W. Gardner

cc:   S. Cowley
      A. O'Connor

BOS 860942.2