# EXHIBIT 21

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue Boston, MA 02199 617.239.0100 *fax* 617.227.4420 eapdlaw.com

Joshua W. Gardner
617.951.2259
*fax* 888.325.9417
jgardner@eapdlaw.com

January 5, 2011

**VIA FAX, EMAIL, AND OVERNIGHT DELIVERY**

Derek Linke, Esq.
Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

   Re: Heroic Era, Ltd. v. Evony, LLC and Regan Mercantile, LLC
     N.D. Cal. No. 10-cv-02458-SBA

Dear Mr. Linke:

I write concerning the depositions of Wei Jian Liang, Yuenfeng Lu, and Topu Liu. On December 14, 2010 I wrote to you:

> Since Heroic Era has failed to comply with the Court's order to set deposition dates before January 13, 2011, Defendants must insist that the Three Witnesses appear for depositions in Seattle on the following dates: Wei Jiang Liang, January 10, 2011; Topu Liu, January 11, 2011; and Yuanfeng Lu, January 12, 2011. If the Three Witnesses prefer that the depositions take place in San Francisco, you must so inform me before December 17, 2010. Should any of the Three Witnesses require a translator, please immediately let me know in what dialect. In the absence of a full document production by the Three Witnesses delivered to me by December 17, 2010 and an agreement by that date that the Three Witnesses will appear as stated above, Defendants will move to compel.

You have still failed to respond to that December 14, 2010 letter. The witnesses have not produced the subpoenaed documents; you have not identified the dialect the witnesses speak; and you have failed to agree that they will actually appear on those dates. Accordingly, we understand that the witnesses will not be appearing on those dates. If, however, the witnesses will be appearing on those dates, please notify me by the close of business today so that we can make appropriate travel, stenographic, and translator arrangements.

Sincerely,

Joshua W. Gardner

cc: S. Cowley
   A. O'Connor