# EXHIBIT 22

## O'Connor, Andrew

**From:** Derek Linke [Linke@newmanlaw.com]
**Sent:** Tuesday, March 08, 2011 12:01 PM
**To:** O'Connor, Andrew
**Cc:** Arlyne Carrico
**Subject:** No Translator Necessary

Mr. O'Connor,

Yesterday I received your correspondence requesting that I advise you as to whether a translator would be necessary for the March 9 deposition and if so, what dialect would be appropriate.

Heroic Era's witness does not require a translator.

Sincerely,

Derek Linke

NEWMAN AND NEWMAN,
ATTORNEYS AT LAW, LLP
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2827 Direct Dial
(206) 669-3638 Mobile
(206) 274-2801 Fax
http://www.newmanlaw.com

6/7/2011