# EXHIBIT 23

## O'Connor, Andrew

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, March 09, 2011 2:01 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:10-cv-02458-SBA Heroic Era, LTD. v. Evony, LLC et al Notice (Other) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Linke, Derek entered on 3/8/2011 11:00 PM PST and filed on 3/8/2011

| | |
|---|---|
| **Case Name:** | Heroic Era, LTD. v. Evony, LLC et al |
| **Case Number:** | 4:10-cv-02458-SBA |
| **Filer:** | Heroic Era, LTD. |
| **Document Number:** | 86 |

**Docket Text:**
**NOTICE by Heroic Era, LTD. re [78] Order, [82] Notice (Other), [81] Order** *of Nonattendance at Deposition* **(Linke, Derek) (Filed on 3/8/2011)**

**4:10-cv-02458-SBA Notice has been electronically mailed to:**

Andrew T. O'Connor     aoconnor@eapdlaw.com

Derek Linke     linke@newmanlaw.com

Derek Alan Newman     derek@newmanlaw.com, docketing@newmanlaw.com, sarah@newmanlaw.com

Jon-Paul Manuel Lapointe     jlapointe@eapdlaw.com, jaarmstrong@eapdlaw.com, landerson@eapdlaw.com

Joshua William Gardner     jgardner@eapdlaw.com, mmorales@eapdlaw.com

Steven M. Cowley     scowley@eapdlaw.com, mrandolph@eapdlaw.com

**4:10-cv-02458-SBA Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Notice 2011-03-08 DL.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/8/2011] [FileNumber=7241098-0] [
8742ef7b99a503e828143a71cc7dd1bbaa6ab452f95db558f11ffab18d288cd2ccc857
5d1dd20fd6718a12955a0b175e63ef0b34f2180d4660c113d132919db8]]

6/7/2011