# Exhibit 24

## O'Connor, Andrew

| | |
|---|---|
| **From:** | O'Connor, Andrew |
| **Sent:** | Tuesday, September 21, 2010 5:49 PM |
| **To:** | 'Derek Linke' |
| **Cc:** | 'derek@newmanlaw.com'; Cowley, Steven |
| **Subject:** | RE: Heroic Era v. Evony and Regan Mercantile |
| **Attachments:** | Defendant_s Case Management Statement.DOC |

Derek

We had not prepared a complete draft because we were relying on your repeated representations that you, as counsel for plaintiff, would provide the draft. Clearly you are not willing follow through on your commitments and representations. We fail to understand why you waited until 1:30 Pacific (4:30 p.m.) Eastern that you had no intention of providing the draft joint statement that you represented you would provide, especially since you represented that your schedule was free this week.

Please provide your edits to the enclosed draft as soon as possible. We left space for Heroic Era's comments.

In the mean time, you did not respond to our request that plaintiff provide initial disclosures and other documents that are overdue. When will Heroic Era be providing those?

Sincerely,

-Andrew

*Andrew T. O'Connor*
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7631
www.eapdlaw.com

Direct:   (617) 517-5562
General: (617) 239-0100
Fax:      (888) 325-9541
email:    aoconnor@eapdlaw.com

Andrew,

During our Rule 26(f) conference we agreed on most of the required subjects. If you have prepared a complete draft unilateral statement in which you have indicated Defendants' position, it seems to me the most sensible approach would be for me to modify that to reflect plaintiff's position and then authorize you to file.

Please forward an editable version of that statement and I will return it to you within 30 minutes after inserting my content as redlines.

Sincerely,

Derek Linke

**NEWMAN AND NEWMAN,
ATTORNEYS AT LAW, LLP**
505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2827 Direct Dial
(206) 274-2801 Fax
http://www.newmanlaw.com

On Sep 21, 2010, at 12:57 p.m., O'Connor, Andrew wrote:

> Derek,
>
> Last evening, rather than provide a draft of the joint case management statement to be filed on its due date, which you promised on several occasions, you "repeatedly expressed my commitment to providing you with a draft tomorrow morning."  "Tomorrow morning" has now come and gone and we have not received a draft from you.  We would have expected Heroic Era, as the plaintiff, to take more of an interest in this case.
>
> Having received no word from you yet again, we will proceed with preparing a unilateral case management statement for filing today. However, if you wish to file a joint statement, please forward the draft that you have "repeatedly expressed" you would provide.
>
> Additionally, we have not received plaintiff's initial disclosures, which were due yesterday. Moreover, plaintiff has failed to file its ADR Certification, Corporate Disclosure Statement or Certification of Interested Parties, all of which are long overdue.  Please provide these documents immediately.
>
> Sincerely,
>
> -Andrew
>
> *Andrew T. O'Connor*
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA 02199-7631
> www.eapdlaw.com
>
> Direct:    (617) 517-5562
> General:  (617) 239-0100
> Fax:       (888) 325-9541
> email:    aoconnor@eapdlaw.com
>
> Assistant: Sandy Joyce

(617) 239-0622
sjoyce@eapdlaw.com

_____

Boston MA, Ft. Lauderdale FL, Hartford CT, Madison NJ, New York NY, Newport Beach CA, Providence RI, Stamford CT, Washington DC, West Palm Beach FL, Wilmington DE, London UK, Hong Kong (associated office)

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP and Edwards Angell Palmer & Dodge UK LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Edwards Angell Palmer & Dodge UK LLP is a limited liability partnership registered in England (registered number OC333092) and is regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.