# Exhibit 26

# O'Connor, Andrew

| | |
|---|---|
| **From:** | O'Connor, Andrew |
| **Sent:** | Thursday, February 24, 2011 1:54 PM |
| **To:** | 'Derek Linke'; Cowley, Steven |
| **Cc:** | Sarah Skaggs |
| **Subject:** | RE: Heroic Era v. Evony & Regan Mercantile |

Mr. Linke

Your refusal, yet again, to meet and confer at the agreed time is unacceptable.  I was on the line at the agreed time with a court reporter prepared to meet and confer.  The Court reporter made a record of who was on the call, but no one from Heroic Era joined the call.  It appears from your below email that you decided to join the call more than a half hour after the scheduled time.  This is the third time in a row that you have been unprepared or simply did not appear for a previously scheduled meet and confer on this topic and your actions make it clear you have no interest in meeting your obligations, choosing instead to waste our time.

Evony will proceed appropriately.

Sincerely,

*Andrew T. O'Connor*
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7631
www.eapdlaw.com

Direct:   (617) 517-5562
General: (617) 239-0100
Fax:      (888) 325-9541
email:    aoconnor@eapdlaw.com

On Feb 24, 2011, at 10:36 a.m.,  wrote:

If this time no longer works for you, perhaps we can meet and confer in person tomorrow prior to or following the hearing.

On Feb 24, 2011, at 10:33 a.m.,  wrote:

I am on the call waiting for you.

Will you be joining?

On Feb 24, 2011, at 9:05 a.m., O'Connor, Andrew wrote:

Dear Mr. Linke,

For our call today, please use the following conference number:

1-800-326-6981
Passcode: 340634

Thank you,

*Andrew T. O'Connor*
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7631
www.eapdlaw.com

Direct:   (617) 517-5562
General: (617) 239-0100
Fax:       (888) 325-9541
email:    aoconnor@eapdlaw.com

time tomorrow, February 24.

Sincerely,

Derek Linke

NEWMAN AND NEWMAN,
ATTORNEYS AT LAW, LLP
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2827 Direct Dial
(206) 669-3638 Mobile
(206) 274-2801 Fax
http://www.newmanlaw.com

On Feb 23, 2011, at 12:27 p.m., O'Connor, Andrew wrote:

> Dear Mr. Linke,
>
> Please see the attached.
>
> Sincerely,
>
> *Andrew T. O'Connor*
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA 02199-7631
> www.eapdlaw.com
>
> Direct:   (617) 517-5562
> General: (617) 239-0100
> Fax:      (888) 325-9541
> email:    aoconnor@eapdlaw.com
>
> Assistant: Sandy Joyce
> (617) 239-0622
> sjoyce@eapdlaw.com
>
> _____
> Boston MA, Ft. Lauderdale FL, Hartford CT, Madison NJ, New York NY, Newport Beach CA, Providence RI, Stamford CT, Washington DC, West Palm Beach FL, Wilmington DE, London UK, Hong Kong (associated office)
>
> CONFIDENTIALITY NOTICE
> This e-mail message from Edwards Angell Palmer & Dodge LLP and Edwards Angell Palmer & Dodge UK LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor emails sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Edwards Angell Palmer & Dodge UK LLP is a limited liability partnership registered in England (registered number OC333092) and is regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK, telephone +44 207 583 4055.

Disclosure Under U.S. IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

<2011-02-23 Ltr to Linke.pdf>

# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Andrew T. O'Connor
617.517.5562
*fax* 888.325.9541
aoconnor@eapdlaw.com

February 23, 2011

**VIA EMAIL AND FIRST CLASS MAIL**

Derek Linke, Esq.
Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101

Re:  *Heroic Era, Ltd. v. Evony, LLC and Regan Mercantile, LLC*
     N.D. Cal. No. 10-cv-02458-SBA (BZ)

Dear Mr. Linke:

I am writing to make one last attempt to meet and confer with you regarding the Rule 30(b)(6) deposition of Heroic Era and Heroic Era's position that it will not make a Rule 30(b)(6) designee available for deposition.

As you are well aware, we had originally scheduled a time on February 16 to confer with you regarding the deposition, but you were wholly unprepared and unable to confer. At your request, we made ourselves available yesterday, February 22, to meet and confer, but after the agreed time to do so, your office contacted me and stated that you were about to get on a plane and would not be attending the meet and confer that you scheduled. It should go without saying that is was quite unprofessional and discourteous to schedule a meet and confer that you knew you could not attend.

In light of the foregoing, and the fact that you have cancelled or not appeared for scheduled meet and confers in the past, we have more than met our obligations to meet and confer with you regarding the deposition. Nonetheless, we will give you one last chance to meet your obligations. We have arranged for a Court reporter tomorrow, February 24, 2011 at 10:00 a.m. Pacific (1:00 p.m. Eastern) to meet and confer regarding the Heroic Era Rule 30(b)(6) deposition. Should you fail to attend, we will seek the appropriate relief from the Court.

Sincerely,

*Andrew O'Connor*

Andrew T. O'Connor

BOS 865880.1