Steven M. Cowley (admitted *pro hac vice*)
scowley@eapdlaw.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@eapdlaw.com
Joshua W. Gardner  (admitted *pro hac vice*)
jgardner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Jon-Paul Lapointe (CA Bar. No. 250546)
jlapointe@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
P: (949) 423-2100

Attorneys for Defendants / Counterclaim Plaintiffs
EVONY, LLC and REGAN MERCANTILE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD.,<br><br>Plaintiff /<br>Counterclaim Defendant,<br><br>v.<br><br>EVONY, LLC, et al.,<br><br>Defendants /<br>Counterclaim Plaintiffs. | Case No.  10-cv-2458 SBA (BZ)<br><br>**[PROPOSED] ORDER RE MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**<br><br>The Honorable Saundra B. Armstrong<br><br>Magistrate Judge Bernard Zimmerman |

On June 7, 2011, defendants / counterclaim-plaintiffs Evony, LLC and Regan Mercantile, LLC (collectively, "Evony") moved for sanctions pursuant to 28 U.S.C. § 1927. After considering all papers and matters presented, and for good cause shown,

IT IS ORDERED THAT:

1. Defendants' Motion for Sanctions Pursuant to 28 U.S.C. § 1927 is granted.

2. Heroic Era's counsel, Derek A. Newman and Derek Linke, shall pay sanctions in the amount of $368,385.15 within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

_____

Honorable Saundra B. Armstrong,
United States District Court Judge

# CERTIFICATE OF SERVICE

COMMONWEALTH OF MASSACHUSETTS, COUNTY OF SUFFOLK:

I, Andrew T. O'Connor, declare as follows:

I am employed in the County of Suffolk, Commonwealth of Massachusetts. I am over the age of 18 and not a party to the within-entitled action. My business address is 111 Huntington Avenue, Boston, Massachusetts 02119. On June 7, 2011, I served a true and correct copy of the following document(s) on all parties via the Court's Electronic Case Management System on all counsel of record:

## PROPOSED ORDER

Derek Linke, Esq.
linke@newmanlaw.com

Derek A. Newman, Esq.
derek@newmanlaw.com

Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Phone: (206) 274-2800
Facsimile: (206) 274-2801
Attorneys for Plaintiff Heroic ERA, Ltd.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on June 7, 2011, at Boston, Massachusetts.

/s/ Andrew T. O'Connor
Andrew T. O'Connor