IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD,<br><br>        Plaintiff,<br><br>  v.<br><br>EVONY, LLC, et al.,<br><br>        Defendants. | No. C 10-2458 SBA<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

On September 30, 2010, the District Court referred this matter to a Magistrate Judge for a settlement conference to be held in July, 2011, and on March 7, 2011, a settlement conference was scheduled for July 18, 2011.  The Magistrate Judge to whom this action was referred for discovery purposes subsequently struck Plaintiff's complaint due to Plaintiff's refusal to participate in discovery, and issued a Report and Recommendation recommending that a default judgment be entered against Plaintiff on Defendants' counterclaims.  Accordingly, the settlement conference scheduled for July 18, 2011 is VACATED.

On June 7, 2011, Defendants filed a motion for section 1927 sanctions against Plaintiff's counsel.  The undersigned Magistrate Judge will conduct telephone discussions with counsel in an attempt to informally resolve the pending motion.  The Court will contact counsel separately and, if a joint telephone session is required, will so notify the parties.

1  **IT IS SO ORDERED.**

4  Dated: July 14, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE