1 | Derek Linke (*pro hac vice*)
2 | linke@newmanlaw.com
    | Derek A. Newman, State Bar No. 190467
3 | derek@newmanlaw.com
    | NEWMAN DU WORS LLP
4 | 1201 Third Avenue, Suite 1600
5 | Seattle, WA  98104
    | Telephone:   (206) 274-2800
6 | Facsimile:   (206) 274-2801

7 | Attorneys for Plaintiff
8 | HEROIC ERA, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEROIC ERA, LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EVONY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 10-cv-02458-SBA (BZ)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3 FOR FILING AN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS**<br><br>The Honorable Saundra B. Armstrong |

1  Plaintiff Heroic Era, Ltd. ("Heroic Era") moves for an Order Granting
2  Clarification on in the Alternative Enlarging Time Under Civil L.R. 6-3 For Filing an
3  Opposition to Defendants' Motion for Sanctions (the "Motion").
4  Based on the Court's review of Heroic Era's Motion and Defendants' response,
5  the Court finds that:
6      1.    Heroic Era's Motion complies with the requirements under Civil L.R. 6-3
7          for an order enlarging time for the briefing schedule on Defendants'
8          Sanctions Motion (Dkt. No. 109); and
9      2.    Evony has not opposed the Motion.
10 Therefore, the Court hereby ORDERS that the opposition to Defendants' Sanctions
11 Motion is due by July 22, 2011 and the reply is due by August 12, 2011.
12
13 IT IS SO ORDERED.
14
15 Dated this 11th day of August, 2011.

_____
HONORABLE SANDRA BROWN ARMSTRONG
United States District Judge