UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> EVONY, LLC, et al., ) <br> ) <br> Defendant(s). ) <br> _____) | No. C10-2458 SBA (BZ) <br><br> **ORDER FOR DELIVERY OF CHAMBERS COPIES** |

Judge Armstrong has referred Evony's Motion for Sanctions to me for a Report and Recommendation. **IT IS THEREFORE ORDERED** that Evony shall deliver to chambers a copy of all papers it has filed in support of the motion and Heroic Era shall deliver a copy of all papers it has filed in opposition to the motion as soon as possible but not later than **September 21, 2011**. A hearing on the motion is scheduled for **September 28, 2011 at 10:00 a.m.**, in **Courtroom C**, 15th Floor, Federal

///
///
///
///

1

1  Building, 450 Golden Gate Avenue, San Francisco, California
2  94102.
3  Dated: September 13, 2011

                                    Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\ORD RE DELIVERY OF CHAMBERS COPIES.wpd