
Steven M. Cowley (admitted *pro hac vice*)
scowley@eapdlaw.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@eapdlaw.com
Joshua W. Gardner (admitted *pro hac vice*)
jgardner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
P: (617) 239-0100
F: (888) 325-9541

Jon-Paul Lapointe (CA Bar. No. 250546)
jlapointe@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
P: (949) 423-2100

Attorneys for Defendants / Counterclaim Plaintiffs
EVONY, LLC and REGAN MERCANTILE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEROIC ERA, LTD., a foreign company,<br><br>    Plaintiff<br>    Counterclaim Defendant,<br><br>    vs.<br><br>EVONY, LLC, a Delaware limited liability company, and REGAN MERCANTILE, LLC, a New York limited liability company,<br><br>    Defendants<br>    Counterclaim Plaintiffs. | Case No. 10-cv-2458 SBA (BZ)<br><br>[~~PROPOSED~~]<br>**FINAL JUDGMENT**<br><br>The Honorable Saundra B. Armstrong |

[~~PROPOSED~~] JUDGMENT
CIVIL ACTION NO. 10-CV-2458-SBA (BZ)
BOS 883400.1

EDWARDS ANGELL
PALMER & DODGE
LLP

1  AND NOW, this 21st day of September, 2011, is hereby ORDERED, ADJUDGED AND
2  DECREED that final judgment is entered in favor of Defendants Evony, LLC and Regan
3  Mercantile, LLC (collectively, "Evony") and against Plaintiff, Heroic Era, Ltd. ("Heroic Era"), as
4  to all counterclaims in Evony's Answer and Counterclaims as follows:

5  1.  All of Heroic Era's claims set forth in its Complaint are DISMISSED WITH
6  PREJUDICE;

7  2.  Heroic Era shall pay Evony $608,213.37, comprising:
8      a.  $226,839.75 in damages;
9      b.  $311,252.71 in attorneys' fees; and
10     c.  $70,120.91 in costs.

11 3.  Heroic Era shall pay Evony post-judgment interest on the total amount of
12 $608,213.37 at the federal post-judgment interest rate <u>in effect as of the date this Judgment is</u>
13 <u>entered,</u> ~~of _____% compounded annually~~ pursuant to 28 U.S.C. § 1961, from the date of
14 this Judgment.

15 4.  Heroic Era and its officers, employees, agents, subsidiaries, representatives,
16 distributors, dealers, members, affiliates, successors and all persons active in concert or
17 participation with him who receive actual notice of this final judgment by personal service or
18 otherwise, including but not limited to Feng Investment, Ltd., are PERMANENTLY
19 RESTRAINED and ENJOINED, each and every one of them, from:

20     a.  Selling, distributing, advertising, or displaying, directly or indirectly, the Caesary
21         Game or the Caesary Game source code, any copy of the Caesary Game or
22         Caesary Game source code, or any derivative works of the Caesary Game or
23         Caesary Game source code;

24     b.  Selling, distributing, advertising, or displaying, directly or indirectly, the Evony
25         Game or the Evony Game source code, any copy of the Evony Game or Evony
26         Game source code, or any derivative works of the Evony Game or Evony Game
27         source code;

28

- 2 -
[PROPOSED] JUDGMENT
CIVIL ACTION NO. 10-CV-2458-SBA (BZ)

EDWARDS ANGELL
PALMER & DODGE
LLP

BOS 883400.1

c. Selling, distributing, advertising, or displaying, directly or indirectly any product that contains, implements, or emulates the look and feel of the Evony Game or Evony Game source code.

5. Heroic Era and its officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons active in concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, including but not limited to Feng Investment, Ltd., shall PERMANENTLY shut down or disable access to the Caesary Game, including but not limited to www.caesary.net, http://caesary.aeriagames.com, http://caesary.lekool.com, and any related websites, forums, chat rooms, servers or other online media.

6. Heroic Era and its officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons active in concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, including but not limited to Feng Investment, Ltd., shall, pursuant to 17 U.S.C. § 503(b), deliver up to Evony for destruction the following items, which are within their possession, custody or control, or that can be obtained by them through reasonable efforts:

    a. All copies of the Evony Game, including any software or source code for the Evony Game; and

    b. All copies of the Caesary Game, including any software or source code for the Caesary Game.

7. <u>The Clerk shall terminate Docket 28 and 36</u>.

                            IT IS SO ORDERED, ADJUDGED AND DECREED.



Honorable Saundra B. Armstrong,
United States District Court Judge