UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD.,<br><br>         Plaintiff(s),<br><br>    v.<br><br>EVONY, LLC, et al.,<br><br>         Defendant(s).<br>─────────────────────────<br>EVONY, LLC, et al.,<br><br>         Counterclaim<br>         Plaintiffs,<br><br>    v.<br><br>HEROIC ERA, LTD.,<br><br>         Counterclaim<br>         Defendant.<br>───────────────────────── | No. C10-2458 SBA (BZ)<br><br>**ORDER TO SUBMIT TIME RECORDS** |

     Consistent with the Court's request during the September 28, 2011 hearing on Defendants' Motion for Sanctions, the firm of Newman Du Wors, LLP, counsel for plaintiff and counter defendant, **IS HEREBY ORDERED** to submit by **October 7, 2011,**

///

///

1

1 | its time records in this matter for the periods of
2 | **May 2010-June 2010** and **November 15, 2010-December 20, 2010**.
3 | Dated: September 28, 2011

```
                          _____
                                  Bernard Zimmerman
                             United States Magistrate Judge
```

G:\BZALL\-REFS\HEROIC ERA V. EVONY\ORD DIRECTING COUNSEL TO SUBMIT TIME RECORDS.wpd