UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>EVONY, LLC, et al.,<br><br>        Defendant(s).<br>EVONY, LLC, et al.,<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>HEROIC ERA, LTD.,<br><br>        Counterclaim Defendant. | No. C10-2458 SBA (BZ)<br><br>**SECOND ORDER TO SUBMIT TIME RECORDS** |

    The firm of Newman Du Wors, LLP, counsel for plaintiff and counterdefendant, **IS HEREBY ORDERED** to submit by **November 2, 2011,** its time records in this matter for the periods of **July 30, 2010 - August 31, 2010.**

Dated: October 26, 2011

                                              */s/ Bernard Zimmerman*
                                               Bernard Zimmerman
                                        United States Magistrate Judge

G:\BZALL\-REFS\HEROIC ERA V. EVONY\SECOND ORD DIRECTING COUNSEL TO SUBMIT TIME RECORDS.wpd

1