Derek Linke (*pro hac vice*)
linke@newmanlaw.com
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Ave., Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
HEROIC ERA, LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROIC ERA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EVONY, LLC, et al., <br><br> Defendants. | Case No. 10-cv-02458-SBA (BZ) <br><br> **DECLARATION OF DEREK LINKE RE BILLING ENTRIES** |

I, Derek Linke, do declare and attest as follows:

1. I am over the age of eighteen (18) years of age, and competent to testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct report of my law firm's billing records in the above-captioned matter for the period from July 30, 2010 2010 to August 31, 2010.

3. The above records are complete only to the extent that they reflect the legal services for which our client, Heroic Era, Ltd., received an invoice. But the report is an incomplete summary of all of the services and diligence that we performed in connection with the matter.

4. Missing from the report is some of the time spent on routine phone calls or drafting short correspondence. Our firm generally does not charge our clients for internal meetings among lawyers regarding a matter—and we generally did not charge our client in this case for internal meetings among lawyers relating to this matter.

5. Nor does the report include all time spent researching the underlying substantive law.

6. Also, the report does not reflect time I spent discussing this matter and the underlying substantive law with other members of my law firm. And they did not record any time for those discussions either.

I certify and declare under the penalty of perjury under the laws of the United States that to my knowledge the foregoing is true and correct.

Executed this 2nd day of November, 2011 at Seattle, Washington.

s/ Derek Linke
Derek Linke