Newman Du Wors LLP

Billing Entries for *Heroic Era v. Evony, LLC et al.*

July 30 2010 - August 31 2010

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| Derek Linke | July 30, 2010 | Review attorneys' eyes' only report and supporting materials provided by Evony. Call and correspondence with Evony's counsel. | 1.00 |
| Derek Linke | August 2, 2010 | Correspondence with client and with counsel for Evony. | 0.30 |
| Derek Linke | August 4, 2010 | Review and analyze confidential materials provided by Evony. | 2.00 |
| Derek Linke | August 5, 2010 | Conference with Evony's counsel re confidential materials and Evony's interpretation of them; draft correspondence to client with analysis and recommendations. | 2.60 |